B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Murder Inc., LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**45-2914039. Prior to 8/3/11 Tax ID was 26-4474831** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3801 Las Vegas Blvd. South**<br>**Las Vegas, NV**<br>ZIP Code **89109** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 97811**<br>**Las Vegas, NV**<br>ZIP Code **89193** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **3801 Las Vegas Blvd. South**<br>**Las Vegas, NV 89109** |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Check one box: **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | *** Gerald M. Gordon, Esq. Nevada Bar 229 *** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)             Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Murder Inc., LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed:    **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>      Signature of Attorney for Debtor(s)      (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

         _____
         (Name of landlord that obtained judgment)

         _____
         (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | **Name of Debtor(s):** |
|---|---|
| *(This page must be completed and filed in every case)* | Murder Inc., LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X *(signed)*
Signature of Attorney for Debtor(s)

**Gerald M. Gordon, Esq. Nevada Bar 229**
Printed Name of Attorney for Debtor(s)

**Gordon Silver**
Firm Name

**3960 Howard Hughes Parkway
Ninth Floor
Las Vegas, NV 89169**
Address

**(702) 796-5555  Fax: (702) 369-2666**
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *(signed)* 10/16/2011
Signature of Authorized Individual

**Louis Ventre**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

Date 10/16/2011

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**UNANIMOUS RESOLUTION OF MANAGING
MEMBER OF MURDER INC., LLC,
a Nevada limited liability company**

The undersigned, being the sole managing member ("Managing Member") of Murder Inc., LLC, a Nevada limited liability company (the "Company"), does hereby certify that the following resolutions were duly adopted by the Managing Member on behalf of the Company, and that such resolutions have not been amended or revoked and are now in full force and effect, to wit:

RESOLVED, that the Managing Member is hereby authorized to execute and file on behalf of the Company a petition for relief under Chapter 11 of Title 11 of the United States Code, in the United States Bankruptcy Court for the District of Nevada;

FURTHER RESOLVED, that the Managing Member shall be designated as the natural person responsible for carrying out the duties of debtor and debtor-in-possession, including, but not limited to, executing all pleadings and paperwork required to effectuate the reorganization of the Company under Title 11 of the United States Code;

FURTHER RESOLVED, that the Company authorizes, directs, and ratifies the retention of the law firm of Gordon Silver to represent the Company in such bankruptcy case, and that the Managing Member is authorized, empowered, and directed, for and on behalf of the Company, to execute any additional agreements with Gordon Silver or documents as may be required in this regard.

Executed on this _16_ day of October, 2011.

By: _____
Louis Ventre
Managing Member, Murder Inc., LLC

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **Murder Inc., LLC**
                                                    Debtor(s)

Case No. _____
Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| MJ Dean Construction, Inc. Attn: Managing Member 5055 W. Patrick #101 Las Vegas, NV 89118 | MJ Dean Construction, Inc. Attn: Managing Member 5055 W. Patrick #101 Las Vegas, NV 89118 | Mechanic's Lien | | 4,640,732.00 (Unknown secured) |
| Strategic Funding Source, Inc. 1501 Broadway, Ste. 360 New York, NY 10036 | Strategic Funding Source, Inc. 1501 Broadway, Ste. 360 New York, NY 10036 | Loan - Merchant Cash Advance Agreement & Security Agreement | | 4,092,171.04 (300,000.00 secured) |
| GC-Global Capital Corp. Attn: William Atkinson 55 York Street, Ste. 1400 Toronto, Ontario CANADA | GC-Global Capital Corp. Attn: William Atkinson 55 York Street, Ste. 1400 CANADA | Note & Security Agreement | | 2,718,653.52 (Unknown secured) |
| JVLV Holdings, LLC Attn: John Vipulis 2857 Paradise Rd #3104 Las Vegas, NV 89109 | JVLV Holdings, LLC Attn: John Vipulis 2857 Paradise Rd #3104 Las Vegas, NV 89109 | Note & Security Agreement | | 2,250,000.00 (Unknown secured) |
| George M. Raymond Co. Attn: Managing Member 6435 S. Valley View Blvd, Suite H Las Vegas, NV 89118 | George M. Raymond Co. Attn: Managing Member 6435 S. Valley View Blvd, Suite H Las Vegas, NV 89118 | Mechanic's Lien | | 891,521.00 (0.00 secured) |
| Trade Show Fabrications Attn:  Managing Member 5845 Wynn Road Las Vegas, NV 89118 | Trade Show Fabrications Attn:  Managing Member 5845 Wynn Road Las Vegas, NV 89118 | Trade Payable | | 752,142.38 |
| Bombard Electric Attn: Managing Member 3570 W. Post Rd. Las Vegas, NV 89118 | Bombard Electric Attn: Managing Member 3570 W. Post Rd. Las Vegas, NV 89118 | Notice of Right to Lien | | 701,021.50 (0.00 secured) |
| Benson Riseman 3722 Las Vegas Blvd South Ste. 3602 Las Vegas, NV 89158 | Benson Riesman 3722 Las Vegas Blvd South Ste. 3602 Las Vegas, NV 89158 | Note & Security Agreement | | 500,000.00 (Unknown secured) |

B4 (Official Form 4) (12/07) - Cont.
In re  **Murder Inc., LLC** _____                    Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Buller Family Holdings, LLC<br>Attn: Paul Buller<br>2857 Paradise Rd., Ste. 2903<br>Las Vegas, NV 89109 | Buller Family Holdings, LLC<br>Attn: Paul Buller<br>2857 Paradise Rd., Ste. 2903<br>Las Vegas, NV 89109 | Note & Security Agreement | | 500,000.00<br><br>(Unknown secured) |
| Logan Family Trust<br>Attn: John Logan<br>2857 Paradise Rd #703<br>Las Vegas, NV 89109 | Logan Family Trust<br>Attn: John Logan<br>2857 Paradise Rd #703<br>Las Vegas, NV 89109 | Note & Security Agreement | | 490,000.00<br><br>(Unknown secured) |
| Plain Joe Studios<br>Attn:  Managing Member<br>7345 Piute Creek Dr.<br>Corona, CA 92881 | Plain Joe Studios<br>Attn:  Managing Member<br>7345 Piute Creek Dr.<br>Corona, CA 92881 | Trade Payable | | 375,946.16 |
| Michael Hinden<br>Crestridge Holdings<br>Attn:  Managing Member<br>3153 Turtle Head Peak Dr.<br>Las Vegas, NV 89135 | Michael Hinden<br>Crestridge Holdings<br>Attn:  Managing Member<br>Las Vegas, NV 89135 | Note & Security Agreement | | 370,850.00 |
| Joseph Giorgianni<br>9813 Concord Downs Ave.<br>Las Vegas, NV 89117 | Joseph Giorgianni<br>9813 Concord Downs Ave.<br>Las Vegas, NV 89117 | Note & Security Agreement | | 357,360.00 |
| Video Equipment Rentals<br>Attn:  Managing Member<br>912 Ruberta Avenue<br>Glendale, CA 91201 | Video Equipment Rentals<br>Attn:  Managing Member<br>912 Ruberta Avenue<br>Glendale, CA 91201 | Trade Payable | | 310,500.00 |
| Tom Jones, Jr.<br>1736 Marine Pkwy.<br>Brooklyn, NY 11234 | Tom Jones, Jr.<br>1736 Marine Pkwy.<br>Brooklyn, NY 11234 | Note & Security Agreement | | 290,000.00<br><br>(0.00 secured) |
| Lamar Central Outdoor, LLC<br>c/o Mark S Karris Esq.<br>Mark S Karris, Ltd<br>8275 S Eastern Ave., Ste 200-234<br>Las Vegas, NV 89123 | Lamar Central Outdoor, LLC<br>c/o Mark S Karris Esq.<br>Mark S Karris, Ltd<br>Las Vegas, NV 89123 | Pending Eighth Judicial District Court Litigation, Case #A-11-649108 | | 272,000.00 |
| Lindenmuth & Associates PSP&T<br>FBO G Linde Gerald Lindenmuth<br>510 Hearn St.<br>Austin, TX 78703 | Lindenmuth & Associates PSP&T<br>FBO G Linde Gerald Lindenmuth<br>510 Hearn St.<br>Austin, TX 78703 | Note & Security Agreement | | 250,000.00 |
| Ken Kefalas<br>3570 West Post Road<br>Las Vegas, NV 89118 | Ken Kefalas<br>3570 West Post Road<br>Las Vegas, NV 89118 | Note & Security Agreement | | 250,000.00<br><br>(Unknown secured) |
| Bombard Family Trust<br>Attn: Managing Member<br>1333 Imperia Drive<br>Henderson, NV 89052 | Bombard Family Trust<br>Attn: Managing Member<br>1333 Imperia Drive<br>Henderson, NV 89052 | Note & Security Agreement | | 250,000.00<br><br>(Unknown secured) |

B4 (Official Form 4) (12/07) - Cont.

In re   **Murder Inc., LLC**                                    Case No. _____

                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Terry Kroll<br>24596 Santa Clara<br>Dana Point, CA 92629 | Terry Kroll<br>24596 Santa Clara<br>Dana Point, CA 92629 | Note & Security Agreement | | 250,000.00<br><br>(Unknown secured) |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **10/16/2011**                    Signature  _[signature]_
                                                   **Louis Ventre**
                                                   **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                    18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Nevada

In re  **Murder Inc., LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __10/16/2011__

_____  
**Louis Ventre/Managing Member**  
Signer/Title

MURDER INC., LLC
P.O. BOX 97811
LAS VEGAS, NV 89193

OFFICE OF THE UNITED STATES TRUSTEE
300 LAS VEGAS BLVD., SOUTH, #4300
LAS VEGAS, NV 89101

A.D.D. PRODUCTIONS, LLC
C/O JOSEPH A. GUITIEREZ, ESQ.
MAIER GUTIERREZ PLLC
2500 W. SAHARA AVE.,STE. 106
LAS VEGAS, NV 89102

ACADEMY GLASS COMPANY, INC.
ATTN: MANAGING MEMBER
5070 ARVILLE STE., STE. 10
LAS VEGAS, NV 89118

ACCURATE BUILDING MAINTENANCE, LLC
ATTN: MANAGING MEMBER
3062 SHERIDAN STREET
LAS VEGAS, NV 89102

ACRYLIC TANK MANUFACTURING OF NEVADA
ATTN: MANAGING MEMBER
6975 S DECATUR BLVD #130
LAS VEGAS, NV 89118

ADVANCED ENTERTAINMENT SERVICES
ATTN: MANAGING MEMBER
4325 WEST RENO AVE
LAS VEGAS, NV 89118

ALEX LEE
216 BRAMPTON LANE
LAKE FOREST, IL 60045

ALLIANCE AIRPORT ADVERTISING
ATTN: MANAGING MEMBER
8945 W RUSSELL ROAD SUITE 150
LAS VEGAS, NV 89148

ALLIANCE CORPORATION
ATTN: MANAGING MEMBER
8945 W. RUSSELL ROAD
SUITE 150
LAS VEGAS, NV 89148

ANDREW REISER
4 BRETON DR.
PINEBROOK, NJ 07058

ANTHONY YODICE
2443 BENSON AVE.
BROOKLYN, NY 11214

ANTOINETTE 'GIANCANA' MCDONNELL
C/O IHAB T OMAR, ESQ
8225 W SAHARA AVE., STE J
LAS VEGAS, NV 89117

APLASTICBAG.COM
ATTN: MANAGING MEMBER
3741 MERCED DRIVE #F1
RIVERSIDE, CA 92503

ASKIVI CORPORATION
ATTN: MANAGING MEMBER
9136 PEARL COTTON AVENUE
LAS VEGAS, NV 89149

AWG CHARTER SERVICES, LLC
ATTN: MANAGING MEMBER
4646 WYNN RD
LAS VEGAS, NV 89103

B3 HOLDING CORP
ATTN: MANAGING MEMBER
655 GRAND AVE
LINDENHURST, NY 11757

BARRY LEWISOHN
2792 BOTTICELLI DR.
HENDERSON, NV 89052

BASKOW & ASSOCIATES
ATTN: MANAGING MEMBER
2948 E RUSSELL RD
LAS VEGAS, NV 89120

BENCHMARK MERCHANT SOLUTIONS
ATTN: MANAGING MEMBER
4053 MAPLE ROAD
SUITE 199
AMHERST, NY 14226

BENSON REISMAN
3722 LAS VEGAS BLVD SOUTH STE. 3602
LAS VEGAS, NV 89158

BERKLINE PRESS LLC
ATTN: MANAGING MEMBER
PO BOX 32
BOYS TOWN, NE 68010

BOMBARD ELECTRIC
ATTN: MANAGING MEMBER
3570 W. POST RD.
LAS VEGAS, NV 89118

BOMBARD FAMILY TRUST
ATTN: MANAGING MEMBER
1333 IMPERIA DRIVE
HENDERSON, NV 89052

BRAIN TRUST MARKETING & COMMUNICATIONS
ATTN: MANAGING MEMBER
4090 EAST POST ROAD, LOFT D-1
LAS VEGAS, NV 89120

BULLER FAMILY HOLDINGS, LLC
ATTN: PAUL BULLER
2857 PARADISE RD., STE. 2903
LAS VEGAS, NV 89109

BULLER FAMILY HOLDINGS, LLC
ATTN: MANAGING MEMBER
2857 PARADISE RD., STE. 2903
LAS VEGAS, NV 89109

CAPITAL LYNK
ATTN: MANAGING MEMBER
4996 PLACE DE LA SAVANNE, STE. 302
MONTREAL, QUEBEC H4P 1Z8
CANADA,

CARL MANNO
469 VININGS DRIVE
BLOOMINGDALE, IL 60108

CARL MANNO
496 VININGS DRIVE
BLOOMINGDALE, IL 60108

| | | |
|---|---|---|
| CARLOS CARDENAS<br>5149 VILLA DANTE AVE.<br>LAS VEGAS, NV 89141 | CAROL AND DAN NAVARRO<br>12106 MCCORD ROAD<br>HUNTERSVILLE, NC 28078-7297 | CAROLYN S. FARKAS<br>C/O JOSEPH A. GUITIEREZ, ESQ.<br>MAIER GUTIERREZ PLLC<br>2500 W. SAHARA AVE.,STE. 106<br>LAS VEGAS, NV 89102 |
| CASHMAN PHOTO ENTERPRISES OF NEVADA<br>ATTN: MANAGING MEMBER<br>3660 CINCER LANE<br>LAS VEGAS, NV 89103 | CENTURYLINK<br>ATTN: MANAGING MEMBER<br>PO BOX 2961<br>PHOENIX, AZ 85062-2961 | CHARLES CINA III<br>10866 MARANDOLA ST<br>LAS VEGAS, NV 89141 |
| CHERRY PICKER FUND, LLC<br>ATTN: MANAGING MEMBER<br>175 BILTMORE BLVD<br>MASSAPEQUA, NY 11758 | CLARK COUNTY ASSESSOR<br>C/O BANKRUPTCY CLERK<br>500 S. GRAND CENTRAL PKWY<br>P.O. BOX 551401<br>LAS VEGAS, NV 89155-1401 | CLARK COUNTY FIRE DEPARTMENT<br>ATTN: MANAGING MEMBER<br>575 E FLAMINGO RD<br>LAS VEGAS, NV 89119 |
| CLARK COUNTY TREASURER<br>C/O BANKRUPTCY CLERK<br>500 S. GRAND CENTRAL PARKWAY<br>P.O. BOX 551220<br>LAS VEGAS, NV 89155-1220 | CONNECTION STATION A/R<br>ATTN: MANAGING MEMBER<br>235 E. WARM SPRINGS #105<br>89123 | CONNECTIONSIT<br>ATTN: MANAGING MEMBER<br>2200 NORTHPOINT PARKWAY<br>SANTA ROSA, CA 95407 |
| COX<br>ATTN: MANAGING MEMBER<br>PO BOX 53262<br>PHOENIX, AZ 85072-3262 | DA/V PRODUCTIONS<br>ATTN: MANAGING MEMBER<br>711 PILOT ROAD SUITE F<br>LAS VEGAS, NV 89119 | DA/V PRODUCTIONS<br>ATTN: MANAGING MEMBER<br>711 PILOT RD.<br>SUITE F<br>LAS VEGAS, NV 89119 |
| DAVID SEDERHOLT<br>140 RIVERSIDE BLVD., APT. 2504<br>NEW YORK, NY 10069 | DEAN ROOFING<br>ATTN: MANAGING MEMBER<br>5525 CAMERON STREET<br>LAS VEGAS, NV 89118-2206 | DENISE TRUSCELLO<br>5760 W. TECO DR<br>LAS VEGAS, NV 89118 |
| DEPT. OF EMPLOYMENT, TRAINING & REHABILITATION, EMPLOYMENT SECURITY DIV.<br>500 EAST THIRD ST.<br>CARSON CITY, NV 89713 | EAGLE GROUP HOLDINGS, LLC<br>C/O JOSEPH A. GUITIEREZ, ESQ.<br>MAIER GUTIERREZ PLLC<br>2500 W. SAHARA AVE.,STE. 106<br>LAS VEGAS, NV 89102 | EAGLE GROUP MARKETING, LLC<br>C/O JOSEPH A. GUITIEREZ, ESQ.<br>MAIER GUTIERREZ PLLC<br>2500 W. SAHARA AVE.,STE. 106<br>LAS VEGAS, NV 89102 |
| EMPEROR PENGUIN<br>ATTN: MANAGING MEMBER<br>2172 BURRIS HILL DR<br>HENDERSON, NV 89052 | FUN CITY DISTRIBUTION, INC.<br>ATTN: MANAGING MEMBER<br>1027 SOUTH RAINBOW BLVD., #219<br>LAS VEGAS, NV 89145 | FUNDING FOR MERCHANTS, LLC<br>ATTN: MANAGING MEMBER<br>4053 MAPLE ROAD #199<br>AMHERST, NY 14226 |
| GC-GLOBAL CAPITAL CORP.<br>ATTN: WILLIAM ATKINSON<br>55 YORK STREET, STE. 1400<br>TORONTO, ONTARIO<br>CANADA, | GC-GLOBAL CAPITAL CORP.<br>C/O JAMES E SMYTH, II<br>KAEMPFER CROWELL RENSHAW ET AL<br>8345 W SUNSET RD STE 250<br>LAS VEGAS, NV 89113 | GENNARO CAPONE |
| GEORGE LONG | GEORGE M. RAYMOND CO.<br>ATTN: MANAGING MEMBER<br>6435 S. VALLEY VIEW BLVD, SUITE H<br>LAS VEGAS, NV 89118 | GEROGE M RAYMOND COMPANY<br>C/O MARY F CHAPMAN, ESQ.<br>LAW OFFICE OF MARY F CHAPMAN, LTD<br>7465 W LAKE MEAD BLVD STE 100<br>LAS VEGAS, NV 89128 |

| | | |
|---|---|---|
| GIROUX GLASS, INC.<br>ATTN: MANAGING MEMBER<br>7145 WEST POST RD.<br>LAS VEGAS, NV 89113 | GLEN TUTTLE<br>5110 PINE HILLS RD.<br>JULIAN, CA 92036 | GLENDA TUTTLE<br>475 REDROOD ST., #1401<br>SAN DIEGO, CA 92103 |
| GRANI INSTALLATION, INC.<br>ATTN: MANAGING MEMBER<br>5165 S. VALLEY VIEW BLVD.<br>LAS VEGAS, NV 89118 | HAL BRAXTON<br>9132 SW 78TH PLACE<br>MIAMI, FL 33156 | HANSEN MECHANICAL CONTRACTORS, INC.<br>ATTN: MANAGING MEMBER<br>4580 WEST POST RD.<br>LAS VEGAS, NV 89118 |
| HASTON LOWMAN<br>925 CANTERBURY RD., # 114<br>ATLANTA, GA 30324 | HIPCRICKET<br>ATTN: MANAGING MEMBER<br>11241 SLATER AVE NE #201<br>KIRKLAND, WA 89033 | HOWARD & KATHRYN PUTERMAN FAMILY TRST<br>ATTN: MANAGING MEMBER<br>1605 VILLA RICA DR.<br>HENDERSON, NV 89052 |
| INFLUENT SOLUTIONS<br>ATTN: MANAGING MEMBER<br>4580 WEST HACIENDA AVE<br>LAS VEGAS, NV 89118 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JAMES DESANTIS<br>319 CARTER AVE<br>POINT PLEASANT BEACH, NJ 08742 |
| JAMES KLODT<br>3264 KAREN AVE<br>LONG BEACH, CA 90808 | JAY L. BLOOM<br>C/O JOSEPH A. GUITIEREZ, ESQ.<br>MAIER GUTIERREZ PLLC<br>2500 W. SAHARA AVE.,STE. 106<br>LAS VEGAS, NV 89102 | JOE RANDAZZO<br>3429 RAVEN AVE<br>LAS VEGAS, NV 89139 |
| JOELLE JARVIS | JOHN SILVESTRI<br>145 STEEP HILL RD.<br>WESTON, CT 06883 | JOSEPH GIORGIANNI<br>9813 CONCORD DOWNS AVE.<br>LAS VEGAS, NV 89117 |
| JVLV HOLDINGS, LLC<br>ATTN: JOHN VIPULIS<br>2857 PARADISE RD #3104<br>LAS VEGAS, NV 89109 | JVLV HOLDINGS, LLC<br>ATTN: JOHN VIPULIS<br>2857 PARADISE RD., STE. 3104<br>LAS VEGAS, NV 89109 | KAPAN-KENT CO., INC.<br>ATTN: MANAGING MEMBER<br>2675 VISTA PACIFIC DRIVE<br>OCEANSIDE, CA 92056 |
| KEITH COOPER<br>5840 DE CLAIR CT.<br>ATLANTA, GA 30328 | KEITH H. COOPER<br>SELF DIRECTED IRA SERVICES, INC.<br>FBO KEITH H. COOPER<br>600 CONGRESS AVE., STE. 400<br>AUSTIN, TX 78701 | KEN KEFALAS<br>3570 WEST POST ROAD<br>LAS VEGAS, NV 89118 |
| KENNETH MARCHETTI<br>500 EDGEMONT LN.<br>PARK RIDGE, IL 60068-2649 | LAMAR CENTRAL OUTDOOR, LLC<br>C/O MARK S KARRIS ESQ.<br>MARK S KARRIS, LTD<br>8275 S EASTERN AVE., STE 200-234<br>LAS VEGAS, NV 89123 | LARRY DEMATTEO<br>LINDA JANELLE DEMATTEO<br>5527 SAN PALAZZO CT.<br>LAS VEGAS, NV 89141 |
| LAS VEGAS MAGAZINE<br>ATTN: MANAGING MEMBER<br>2360 CORPORATE CIRCLE 3RD FLOOR<br>HENDERSON, NV 89074 | LAS VEGAS WEEKLY<br>ATTN: MANAGING MEMBER<br>2360 CORPORATE CIRCLE 3RD FLOOR<br>HENDERSON, NV 89074 | LILIA NAZARINO<br>266 BATTERY AVE.<br>BROOKLYN, NY 11209 |

LINDENMUTH & ASSOCIATES PSP&T
FBO G LINDE GERALD LINDENMUTH
510 HEARN ST.
AUSTIN, TX 78703

LOGAN FAMILY TRUST
ATTN: JOHN LOGAN
2857 PARADISE RD #703
LAS VEGAS, NV 89109

LOUIS DESANTIS
44 MARGERETTA CT
STATEN ISLAND, NY 10314

M CLIP
ATTN: MANAGING MEMBER
6305 SANDBURG ROAD SUITE 500
GOLDEN VALLEY, MN 55427

M.J. DEAN CONSTRUCTION, INC.
C/O MARTIN A. LITTLE, ESQ.
JOLLEY URGA WIRTH WOODBURY &
STANDISH
3800 HOWARD HUGHES PKWY 16TH
FLOOR
LAS VEGAS, NV 89169
MATT RAKOW
UNKNOWN

MARITIME CASINO SYSTEMS, LLC
ATTN: MANAGING MEMBER
PO BOX 93092
LAS VEGAS, NV 89193-3082

MARK LOGAN
253 ROMBOUT RD.
PLEASANT VALLEY, NY 12569

MATTHEW RAKOW
ATTN: MANAGING MEMBER
4020 ROYAL OAK PLACE
SUITE 101A
ENCINO, CA 91436

MCFARLAND DOOR MANUFACTURING
CO. INC.
ATTN: MANAGING MEMBER
P.O. BOX 848
LAKEVIEW, OR 97630

MEETING PLANNER RESOURCES LLC
ATTN: MANAGING MEMBER
1415 LOUISIANA STE 3475
HOUSTON, TX 77002

MERLY ESPIRITO
266 BATTERY AVE.
BROOKLYN, NY 11209

MEYER LANSKY
LAS VEGAS, NV

MICHAEL HINDEN
CRESTRIDGE HOLDINGS
ATTN: MANAGING MEMBER
3153 TURTLE HEAD PEAK DR.
LAS VEGAS, NV 89135

MICHAEL REGAN
50 MCKINLEY ST.
EDISON, NJ 08820

MILLICENT ROSEN
1050 E. CACTUS AVE., #104
LAS VEGAS, NV 89183

MILLICENT ROSEN
1050 EAST CACTUS AVE.
LAS VEGAS, NV 89123

MJ DEAN CONSTRUCTION, INC.
ATTN: MANAGING MEMBER
5055 W. PATRICK #101
LAS VEGAS, NV 89118

MOBILEXE CORPORATION
ATTN: MANAGING MEMBER
24 COVEVIEW DRIVE
PANCHO PALOS VERDES, CA 90275

MODERN CHINA CO., INC.
ATTN: MANAGING MEMBER
PO BOX 309
SEBRING, OH 44672

MORGANDO FAMILY TRUST
ATTN: JOHN P. MORGANDO
20 HIGHLAND CREEK DRIVE
HENDERSON, NV 89052

MORGANDO FAMILY TRUST
ATTN: MANAGING MEMBER
20 HIGHLAND CREEK DRIVE
HENDERSON, NV 89052

MUSION SYSTEMS LIMITED
ATTN: MANAGING MEMBER
44 FLASK WALK
LONDON NW3 1HE
ENGLAND,

NANCY SPILOTRO AND VINCENT
SPILOTRO
ATTN: MANAGING MEMBER
972 VEGAS VALLEY DRIVE
LAS VEGAS, NV 89109

NATCHEZ MAURICE
12 A WESTBANK EXPRESSWAY, STE. 200
GRETNA, LA 70053

NATE D SANDERS
ATTN: MANAGING MEMBER
11901 SANTA MONICA BLVD.
LOS ANGELES, CA 90025

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON AVE., #1300
LAS VEGAS, NV 89101

NEVADA SALES AGENCY
ATTN: MANAGING MEMBER
3581 BIRTCHER DRIVE
LAS VEGAS, NV 89118

NICK MICEK
45 YORSHIRE WOODS
OAKBROOK, IL 60523

NICK MICEK
45 YORKSHIRE WOODS
OAK BROOK, IL 60523

ORDER 66 ENTERTAINMENT, LLC
C/O JOSEPH A. GUITIEREZ, ESQ.
MAIER GUTIERREZ PLLC
2500 W. SAHARA AVE.,STE. 106
LAS VEGAS, NV 89102

OUTDOOR SOLUTIONS
ATTN: MANAGING MEMBER
7935 W SAHARA AVE SUITE 201
LAS VEGAS, NV 89117

OUTDOOR SOLUTIONS, LLC.
ATTN: MANAGING MEMBER
7935 W. SAHARA
#201
LAS VEGAS, NV 89146

PALADIN VENTURES, LLC
ATTN: MANAGING MEMBER
3728 ST NAZARIE AVE
LAS VEGAS, NV 89141

PATRICK & SANDRA O'LAUGHLIN
93 SHEPHARD MESA
HENDERSON, NV 89074

PERSONICOM
EXTENDED DATA SOLUTIONS
ATTN: MANAGING MEMBER
500 N MICHIGAN AVE # 300
CHICAGO, IL 60611-3775

PHYLLIS JOELSON
5125 W. RENO AVE., #1021
LAS VEGAS, NV 89118

PIN USA
ATTN: MANAGING MEMBER
626 JUSTIN AVENUE
GLENDALE, CA 91201-2327

PINDLER & PINDLER, INC
ATTN: MANAGING MEMBER
11910 POINTDEXTER AVE
MOORPARK, CA 93021

PLAIN JOE STUDIOS
ATTN: MANAGING MEMBER
7345 PIUTE CREEK DR.
CORONA, CA 92881

PLAINJOE STUDIOS, INC.
ATTN: MANAGING MEMBER
7345 PIUTE CREEK DRIVE
CORONA, CA 92881

PRAIRIE MOUNTAIN
ATTN: MANAGING MEMBER
PO BOX F HIGHWAY 160
LOCKWOOD, MO 65682

QUEST DIAGNOSTICS INCORPORATED
C/O MANAGING MEMBER
P.O. BOX 740709
ATLANTA, GA 30374-0709

RAMAKRISHNA THONDAPU
2496 PIEDMONT DRIVE
MERCED, CA 95340

REACH MAXIMUM POTENTIAL
ATTN: MANAGING MEMBER
17 MCLANE DR
DIX HILLS, NY 11746

REALTY CLUB LAS VEGAS
ATTN: MANAGING MEMBER
2904 W HORIZON RIDGE PKWY #100
HENDERSON, NV 89052

ROBERT BRIGHT
6061 TOPAZ ST.
LAS VEGAS, NV 89120

ROBERT MASONE
14 HEALY AVENUE
INWOOD, NY 11096

ROBERT WOLK
17 KODIAK DRIVE
WOODBURY, NY 11797

RON LEWIS
20161 RANCHO BELLA VISTA
SARATOGA, CA 95070

ROYAL PACIFIC OF LAS VEGAS, LLC
ATTN: MANAGING MEMBER
4495 DELANCEY DR
LAS VEGAS, NV 89103

RS/TV INC
ATTN: MANAGING MEMBER
4376 CLUBHOUSE DRIVE
LAKEWOOD, NV 89103

SANDRA CARNVALE
UNKNOWN

SCOTT LAROCCA
UNKNOWN

SCOTT ZEMP MASONRY, INC.
ATTN: MANAGING MEMBER
6031 MCLEOD DRIVE
LAS VEGAS, NV 89120-3454

SNIBBE INTERACTIVE, INC.
ATTN: MANAGING MEMBER
1073 HOWARD STREET
SAN FRANCISCO, CA 94103

SOUTHEASTERN LOGISTICS
ATTN: MANAGING MEMBER
1 C TROTTER ROAD WEST
COLUMBIA, SC 29169-3055

SPARKLE & SHINE
ATTN: MANAGING MEMBER
3429 RAVEN AVE
LAS VEGAS, NV 89139

SQUARE POINT CORP.
ATTN: MANAGING MEMBER
1218 UNION STREET 2ND FLOOR
BROOKLYN, NY 11225

SSA ARCHITECTURE, SMALL STUDIO
ASSOCIATE
C/O KENNETH SMALL
4630 S ARVILLE STE A
LAS VEGAS, NV 89103

STARGREETZ, INC.
ATTN: MANAGING MEMBER

STATE OF NEVADA DMV
ATTN: LEGAL DIVISION
555 WRIGHT WAY
CARSON CITY, NV 89711

STATEWIDE FIRE PROTECTION
ATTN: MANGING MEMBER
3130 WESTWOOD DRIVE
LAS VEGAS, NV 89109

STEPHEN HUCHRO
50 GREEN ST.
POUGHQUAG, NY 12570

STRATEGIC CAPITAL
ATTN: MANAGING MEMBER
1501 BROADWAY, STE. 360
NEW YORK, NY 10036

STRATEGIC FUNDING SOURCE, INC.
1501 BROADWAY, STE. 360
NEW YORK, NY 10036

SUPERIOR EXHIBITS & DESIGN, INC.
C/O PAT LUNDVALL
MCDONALD CARANO WILSON LLP
2300 W SAHARA AVE., STE 1000
LAS VEGAS, NV 89102

SUPERIOR TILE & MARBLE, INC.
C/O D SHANE CLIFFORD, ESQ.
DIXON TRUMAN FISHER & CLIFFORD, P.C.
221 N BUFFALO DR., STE A
LAS VEGAS, NV 89145

SUPERIOR TILE & MARBLE, INC.
ATTN: MANAGING MEMBER
4305 POLARIS AVE
LAS VEGAS, NV 89103

T LINE
ATTN: MANAGING MEMBER
158 SW 1ST AVE
CANBY, OR 97013

TAHOE SPRINGS WATER
ATTN: MANAGING MEMBER
3300 MEADE AVE. # B
LAS VEGAS, NV 89102

TELEVISION MONITORING SERVICES, INC.
ATTN: MANAGING MEMBER
4132 S RAINBOW BLVD. #213
LAS VEGAS, NV 89103

TERRELLCREATIVE
ATTN: MANAGING MEMBER
PO BOX 1377
WICHITA, KS 67201

TERRY KROLL
24596 SANTA CLARA
DANA POINT, CA 92629

THE CIT GROUP
ATTN: MANAGING MEMBER
PO BOX 1036
CHARLOTTE, NC 28201-1036

THE COSTUME & CRAFT COTTAGE
ATTN: MANAGING MEMBER
16 SINCLAIR AVENUE
STATEN ISLAND, NY 10312

THE DOG AND PONY SHOW, INC
ATTN: MANAGING MEMBER
3395 S JONES BLVD #328
LAS VEGAS, NV 89146

THE MAFIA COLLECTION OF NEVADA
ATTN: MANAGING MEMBER
10620 SOUTHERN HIGHLANDS PKWY
LAS VEGAS, NV 89141

TIRE WORKS
ATTN: MANAGING MEMBER
9590 W TROPICANA AVE
LAS VEGAS, NV 89147

TOM JONES
UNKNOWN

TOM JONES, JR.
1736 MARINE PKWY.
BROOKLYN, NY 11234

TONI VALENTINO
266 BATTERY AVE.
BROOKLYN, NY 11209

TRADE SHOW FABRICATIONS
ATTN: MANAGING MEMBER
5845 WYNN ROAD
LAS VEGAS, NV 89118

TRADE SHOW FABRICATIONS WEST INC.
C/O WILLIAM R URGA, ESQ.
JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 HOWARD HUGHES PKWY 16TH FLOOR
LAS VEGAS. NV 89169

TRAVIS CUBLEY
1957 FAYWOOD ST
LAS VEGAS, NV 89134

TRAVIS CUBLEY
1957 FAYWOOD ST.
LAS VEGAS, NV 89134

TRAVIS CUBLEY
SELF DIRECTED IRA SERVICES, INC.
CUSTODIAN FBO TRAVIS CUBLEY
1957 FAYWOOD ST.
LAS VEGAS, NV 89134

TROPICANA LAS VEGAS, INC.
ATTN: MANAGING MEMBER
3801 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NV 89101

TROPICANA RESORT & CASINO
ATTN: MANAGING MEMBER
PO BOX 97777
LAS VEGAS, NV 89193-7777

VBS CAL, L.L.C
ATTN: MANAGING MEMBER
2880 SCOTT STREET SUITE #107
VISTA, CA 92081

VEGAS 2 GO
ATTN: MANAGING MEMBER
2360 CORPORATE CIRCLE 3RD FLOOR
HENDERSON, NV 89074

VEGAS MARKETING C. ROBERTS
ATTN: MANAGING MEMBER
6130 W TROPICANA AVE #302
LAS VEGAS, NV 89103

VEGAS VALLEY LOCKING SYSTEMS, INC.
ATTN: MANAGING MEMBER
6243 DEAN MARTIN DRIVE
LAS VEGAS, NV 89118-3803

VEGAS.COM
ATTN: MANAGING MEMBER
2370 CORPORATE CIRCLE 3RD FLOOR
HENDERSON, NV 89074

VERIFONE
ATTN: MANAGING MEMBER
2880-B MEADE AVE
SUITE 350
LAS VEGAS, NV 89102

VERIFONE, INC.
ATTN: MANAGING MEMBER
LOCKBOX 774523 4523 SOLUTIONS CENTER
CHICAGO, IL 60677-4005

VIDEO EQUIPMENT RENTALS
ATTN: MANAGING MEMBER
912 RUBERTA AVENUE
GLENDALE, CA 91201

VINCENT MANNINO II
11053 BANDON DUNES CT.
LAS VEGAS, NV 89141

VINCENT SPILOTRO
ATTN: MANAGING MEMBER
2719 W JUNIPER ST APT 4
SANTA ANA, CA 92704

VION OPERATIONS
400 INTERSTATE NORTH PKWY.
SUITE 800
ATLANTA, GA 30339

VION OPERATIONS LLC
400 INTERSTATE NORTH PKWY.
SUITE 800
ATLANTA, GA 30339

VION OPERATIONS LLC
C/O TODD M. TOUTON
LIONEL SAWYER & COLLINES
300 S. FOURTH STREET
LAS VEGAS, NV 89101

VISION CONTROL ASSOC. OF NEVADA, INC.
ATTN: MANAGING MEMBER
38 WEST MAYFLOWER AVE.
NORTH LAS VEGAS, NV 89030

VISION CONTROL ASSOCIATED OF NEVADA
ATTN: MANAGING MEMBER
38 MAYFLOWER AVE.
NORTH LAS VEGAS, NV 89030

WARREN & SUSAN BEST
20 BLOOMFIELD HILLS DR.
HENDERSON, NV 89052

WHAT'S ON LAS VEGAS LLC
ATTN: MANAGING MEMBER
8360 W. SAHARA AVE. #220
LAS VEGAS, NV 89117

WILLIAM FRASCO
532 NUGENT AVE.
STATEN ISLAND, NY 10305

WYSON INVESTMENTS, LLC
ATTN: MANAGING MEMBER
5920 W. COUGAR AVE.
LAS VEGAS, NV 89139

YELLOWSTONE CAPITAL, LLC
ATTN: MANAGING MEMBER
160 PEARL STREET. 5TH FLOOR
NEW YORK, NY 10005