**Entered on Docket
October 18, 2011**

*/s/ Bruce A. Markell*
_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

---

GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@gordonsilver.com
GABRIELLE A. HAMM, ESQ.
Nevada Bar No. 11588
E-mail: ghamm@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Proposed Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MURDER INC., LLC<br><br>Debtor. | Case No.: BK-S-11-26317-BAM<br>Chapter 11<br><br>Date: October 24, 2011<br>Time: 09:30 AM |

**NOTICE OF HEARING AND ORDER SHORTENING
TIME TO HEAR DEBTOR'S FIRST DAY MOTIONS**

This Court having considered the *Ex Parte Application for Order Shortening Time* (the "Ex Parte Application")[1] filed by the Debtor, and good cause appearing therefore,

**IT IS HEREBY ORDERED** and notice is hereby given that the:

*Motion of the Debtor Seeking Interim and Final Orders: (1) Authorizing the Debtor to Obtain Post-Petition Financing, (2) Granting Liens and Super-Priority*

---
[1] All capitalized, undefined terms shall have the meaning ascribed to them in the Ex Parte Application.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103164-001/1346536

*Administrative Expense Status, (3) Modifying the Automatic Stay, and (4) Setting and Prescribing the Form and Manner of Notice for a Final Hearing* [ECF No. 12];

*Debtor's Emergency Motion for Entry of an Interim Order Pursuant to Bankruptcy Rule 4001(b) and LR 4001(b): (1) Initially Determining Extent of Cash Collateral, and (2) Scheduling a Final Hearing to Determine Extent of Cash Collateral* [ECF No. 9];

*Motion for Order Approving Limited Forbearance Agreement Between Debtor and Tropicana Las Vegas, Inc.* [ECF No. 7];

*Debtor's Emergency Motion for Order (1) Authorizing the Debtor to Pay Wages, Salaries, and Other Employee Obligations and (2) Authorizing and Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations* [ECF No. 4];

*Emergency Motion for Order Permitting Debtor to Honor Prepetition Ticket Purchases* [ECF No. 6]; and

*Debtor's Emergency Motion for Order Authorizing Debtor to Pay Pre-Petition Taxes and Fees Pursuant to 11 U.S.C. §§ 105(a), 363(b), 507(a)(8), and 541(d)* [ECF No. 5].

(collectively "First Day Motions") be, and the same will be heard by a United States Bankruptcy Judge on the  24  day of October, 2011, at  09:30   a .m. Copies of the First Day Motions are on file with the clerk of the United States Bankruptcy Court for the District of Nevada, 300 Las Vegas Blvd. South, Las Vegas, Nevada 89101.

**IT IS HEREBY FURTHER ORDERED** that service of this Order Shortening Time shall be served within  1  day~~s~~ of entry; that any oppositions to the First Day Motions must be filed and served by  the date and time of the hearing ; that replies to any oppositions filed must be filed and served by  N/A ; and that this hearing may be continued from time-

. . .

. . .

. . .

. . .

. . .

. . .

. . .

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103164-001/1346536

2

1 to-time without further notice except for the announcement of any adjourned dates and times at
2 the above noticed hearing or any adjournment thereof.
3      **IT IS SO ORDERED.**
4 PREPARED AND SUBMITTED:
5 GORDON SILVER
6
7 By: *[signature: Gabrielle A. Hamm]*
GERALD M. GORDON, ESQ.
MATTHEW C. ZIRZOW, ESQ.
8 GABRIELLE A. HAMM, ESQ.
3960 Howard Hughes Pkwy, 9th Floor
9 Las Vegas, Nevada 89169
Proposed Attorneys for Debtor
10
11                                                    ###
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103164-001/1346536

3