B6D (Official Form 6D) (12/07)

In re  **Murder Inc., LLC**                                    , Case No.  **BK-S-11-26317-BAM**
_____
                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | **Notice of Right to Lien** | | | | | |
| **Academy Glass Company, Inc.** **Attn: Managing Member** **5070 Arville Ste., Ste. 10** **Las Vegas, NV 89118** | - | | | | | | | | |
| | | | | Value $                  0.00 | | | | **Unknown** | **Unknown** |
| Account No. | | | | **Notice of Right to Lien** | | | | | |
| **Arizona Stone & Arch Products** **452 E Virginia St.** **Mesa, AZ 85215** | - | | | | | | | | |
| | | | | Value $                  0.00 | | | | **Unknown** | **Unknown** |
| Account No. | | | | **unknown** **Note & Security Agreement** | | | | | |
| **B3 Holding Corp** **Attn: Managing Member** **655 Grand Ave** **Lindenhurst, NY 11757** | - | | | | | | | | |
| | | | | Value $          **Unknown** | | | | **50,000.00** | **50,000.00** |
| Account No. | | | | **unknown** **Note & Security Agreement** | | | | | |
| **Benson Reisman** **3722 Las Vegas Blvd South Ste. 3602** **Las Vegas, NV 89158** | - | | | | | | | | |
| | | | | Value $          **Unknown** | | | | **500,000.00** | **500,000.00** |
| **9**   continuation sheets attached | | | | Subtotal (Total of this page) | | | | **550,000.00** | **550,000.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re __Murder Inc., LLC_____    Case No. __BK-S-11-26317-BAM_____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Notice of Right to Lien | | | | | |
| Bombard Electric Attn: Managing Member 3570 W. Post Rd. Las Vegas, NV 89118 | | - | | | | | | |
| | | | Value $ 0.00 | | | | 701,021.50 | 701,021.50 |
| Account No. | | | 11/02/10 | | | | | |
| Bombard Family Trust Attn: Managing Member 1333 Imperia Drive Henderson, NV 89052 | | - | Note & Security Agreement | | | | | |
| | | | Value $ Unknown | | | | 250,000.00 | 250,000.00 |
| Account No. | | | 07/26/10 & 11/24/10 | | | | | |
| Buller Family Holdings, LLC Attn: Paul Buller 2857 Paradise Rd., Ste. 2903 Las Vegas, NV 89109 | | - | Note & Security Agreement | | | | | |
| | | | Value $ Unknown | | | | 500,000.00 | 500,000.00 |
| Account No. | | | unknown | | | | | |
| Capital Lynk Attn: Managing Member 4996 Place de La Savanne, Ste. 302 Montreal, Quebec H4P 1Z8 CANADA | | - | Note & Security Agreement | | | | | |
| | | | Value $ Unknown | | | | 50,000.00 | 50,000.00 |
| Account No. | | | unknown | | | | | |
| Cherry Picker Fund, LLC Attn: Managing Member 175 Biltmore Blvd Massapequa, NY 11758 | | - | Note & Security Agreement | | | | | |
| | | | Value $ Unknown | | | | 50,000.00 | 50,000.00 |

Sheet __1__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

1,551,021.50    1,551,021.50

B6D (Official Form 6D) (12/07) - Cont.

In re   **Murder Inc., LLC**                                              Case No.   **BK-S-11-26317-BAM**
_____                         _____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| **Account No.** | | | | | Loan & Security Agreement | | | | | |
| Crest Ridge Holdings, LLC 4375 Polaris Ave., Suite 4 Las Vegas, NV 89103 | - | | | | | | | | | |
| | | | | | Value $          0.00 | | | | **Unknown** | **Unknown** |
| **Account No.** | | | | | 7/11/2011 Mechanic's Lien | | | | | |
| Dean Roofing Attn: Managing Member 5525 Cameron Street Las Vegas, NV 89118-2206 | | | | | | | | | | |
| | | | | | Value $          Unknown | | | | 24,420.00 | 24,420.00 |
| **Account No.** | | | | | 12/15/10 Note & Security Agreement | | | | | |
| Funding For Merchants, LLC Attn: Managing Member 4053 Maple Road #199 Amherst, NY 14226 | | | | | | | | | | |
| | | | | | Value $          Unknown | | | | 75,000.00 | 75,000.00 |
| **Account No.** | | | | | 01/01/11 Note & Security Agreement | | | | | |
| GC-Global Capital Corp. Attn: William Atkinson 55 York Street, Ste. 1400 Toronto, Ontario CANADA | | | | | | | | | | |
| | | | | | Value $          Unknown | | | | 3,190,000.00 | 3,190,000.00 |
| **Account No.** | | | | | 7/6/2011 Mechanic's Lien | | | | | |
| George M. Raymond Co. c/o Mary F. Chapman Las Office of Mary F. Chapman 7465 W. Lake Mead Blvd., Ste. 100 Las Vegas, NV 89128 | | | | | | | | | | |
| | | | | | Value $          0.00 | | | | 891,521.00 | 891,521.00 |
| | | | | | **Subtotal** (Total of this page) | | | | 4,180,941.00 | 4,180,941.00 |

Sheet  **2**  of  **9**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                 Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Murder Inc., LLC**                                                      Case No.   **BK-S-11-26317-BAM**
_____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Notice of Right to Lien | | | | | |
| Giroux Glass, Inc. Attn:  Managing Member 7145 West Post Rd. Las Vegas, NV 89113 | | - | | | | | | | | |
| | | | | | Value $              0.00 | | | | Unknown | Unknown |
| Account No. | | | | | Notice of Right to Lien | | | | | |
| Grani Installation, Inc. Attn: Managing Member 5165 S. Valley View Blvd. Las Vegas, NV 89118 | | - | | | | | | | | |
| | | | | | Value $              0.00 | | | | Unknown | Unknown |
| Account No. | | | | | unknown  Note & Security Agreement | | | | | |
| Hal Braxton 9132 SW 78th Place Miami, FL 33156 | | - | | | | | | | | |
| | | | | | Value $         Unknown | | | | 25,000.00 | 25,000.00 |
| Account No. | | | | | Notice of Right to Lien | | | | | |
| Hansen Mechanical Contractors, Inc. Attn: Managing Member 4580 West Post Rd. Las Vegas, NV 89118 | | - | | | | | | | | |
| | | | | | Value $         Unknown | | | | 154,421.00 | 154,421.00 |
| Account No. | | | | | unknown  Note & Security Agreement | | | | | |
| James DeSantis 319 Carter Ave Point Pleasant Beach, NJ 08742 | | - | | | | | | | | |
| | | | | | Value $         Unknown | | | | 75,000.00 | 75,000.00 |

Sheet __3__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)        254,421.00        254,421.00

B6D (Official Form 6D) (12/07) - Cont.

In re   **Murder Inc., LLC**                                                          , Case No.   **BK-S-11-26317-BAM**
                                                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H | W J | C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **James Klodt** <br> **3264 Karen Ave** <br> **Long Beach, CA 90808** | - | | | | unknown <br><br> **Note & Security Agreement** <br><br><br> Value $           **Unknown** | | | | <br><br><br><br> **50,000.00** | <br><br><br><br> **50,000.00** |
| Account No. <br><br> **Joe Randazzo** <br> **3429 Raven Ave** <br> **Las Vegas, NV 89139** | | | | | unknown <br><br> **Note & Security Agreement** <br><br><br> Value $           **Unknown** | | | | <br><br><br><br> **25,000.00** | <br><br><br><br> **25,000.00** |
| Account No. <br><br> **JVLV Holdings, LLC** <br> **Attn: John Vipulis** <br> **2857 Paradise Rd #3104** <br> **Las Vegas, NV 89109** | | | | | 01/11 & 08/11 <br><br> **Note & Security Agreement** <br><br><br> Value $           **Unknown** | | | | <br><br><br><br> **2,250,000.00** | <br><br><br><br> **2,250,000.00** |
| Account No. **xxxxx1663** <br><br> **Keith H. Cooper** <br> **Self Directed IRA Services, Inc.** <br> **FBO Keith H. Cooper** <br> **600 Congress Ave., Ste. 400** <br> **Austin, TX 78701** | | | | | 07/20/10 <br><br> **Note & Security Agreement** <br><br><br> Value $           **Unknown** | | | | <br><br><br><br> **120,000.00** | <br><br><br><br> **120,000.00** |
| Account No. <br><br> **Kelly's Pipe and Supply** <br> **2124 Industrial Road** <br> **Las Vegas, NV 89102** | - | | | | **Notice of Right to Lien** <br><br><br><br> Value $           **Unknown** | | | | <br><br> **Unknown** | <br><br> **Unknown** |

Sheet __4__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **2,445,000.00** | **2,445,000.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re __Murder Inc., LLC_____     Case No. __BK-S-11-26317-BAM__

                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| **Account No.** | | | | | unknown | | | | | |
| **Ken Kefalas** **3570 West Post Road** **Las Vegas, NV 89118** | | | | | Note & Security Agreement | | | | | |
| | | | | | Value $          Unknown | | | | 250,000.00 | 250,000.00 |
| **Account No.** | | | | | 06/17/10 - 06/25/10 | | | | | |
| **Logan Family Trust** **Attn: John Logan** **2857 Paradise Rd #703** **Las Vegas, NV 89109** | | | | | Note & Security Agreement | | | | | |
| | | | | | Value $          Unknown | | | | 490,000.00 | 490,000.00 |
| **Account No.** | | | | | unknown | | | | | |
| **Louis DeSantis** **44 Margeretta Ct** **Staten Island, NY 10314** | | | | | Note & Security Agreement | | | | | |
| | | | | | Value $          Unknown | | | | 50,000.00 | 50,000.00 |
| **Account No.** | | | | | Notice of Right to Lien | | | | | |
| **McFarland Door Manufacturing Co. Inc.** **Attn: Managing Member** **P.O. Box 848** **Lakeview, OR 97630** | | | | | | | | | | |
| | | | | | Value $          0.00 | | | | Unknown | Unknown |
| **Account No.** | | | | | 10/04/10 | | | | | |
| **MJ Dean Construction, Inc.** **Attn: Managing Member** **5055 W. Patrick #101** **Las Vegas, NV 89118** | | | | | Note & Security Agreement | | | | | |
| | | | | | Value $          Unknown | | | | 1,000,000.00 | Unknown |

Sheet _5_ of _9_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    1,790,000.00    790,000.00

B6D (Official Form 6D) (12/07) - Cont.

In re   **Murder Inc., LLC**                                                          Case No.   **BK-S-11-26317-BAM**
_____
                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 7/13/2011 | | | | | |
| **MJ Dean Construction, Inc.** **Attn: Managing Member** **5055 W. Patrick #101** **Las Vegas, NV 89118** | | | Mechanic's Lien | | | | | |
| | | | Value $          Unknown | | | | 4,000,000.00 | 4,000,000.00 |
| Account No. | | | 01/01/11 | | | | | |
| **Morgando Family Trust** **Attn: John P. Morgando** **20 Highland Creek Drive** **Henderson, NV 89052** | | | Note & Security Agreement | | | | | |
| | | | Value $          Unknown | | | | 240,000.00 | 240,000.00 |
| Account No. | | | unknown | | | | | |
| **Natchez Maurice** **12 A Westbank Expressway, Ste. 200** **Gretna, LA 70053** | | | Note & Security Agreement | | | | | |
| | | | Value $          Unknown | | | | 143,000.00 | 143,000.00 |
| Account No. | | | unknown | | | | | |
| **Ramakrishna Thondapu** **2496 Piedmont Drive** **Merced, CA 95340** | | | Note & Security Agreement | | | | | |
| | | | Value $          Unknown | | | | 200,000.00 | 200,000.00 |
| Account No. | | | unknown | | | | | |
| **Reach Maximum Potential** **Attn: Managing Member** **17 McLane Dr** **Dix Hills, NY 11746** | | | Note & Security Agreement | | | | | |
| | | | Value $          Unknown | | | | 25,000.00 | 25,000.00 |

Sheet  **6**  of  **9**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)            4,608,000.00            4,608,000.00

B6D (Official Form 6D) (12/07) - Cont.

In re    **Murder Inc., LLC**                                                                                    Case No.   **BK-S-11-26317-BAM**
_____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | unknown | | | | | |
| Robert Masone 14 Healy Avenue Inwood, NY 11096 | | | Note & Security Agreement | | | | | |
| | | | Value $          Unknown | | | | 25,000.00 | 25,000.00 |
| Account No. | | | unknown | | | | | |
| Robert Wolk 17 Kodiak Drive Woodbury, NY 11797 | | | Note & Security Agreement | | | | | |
| | | | Value $          Unknown | | | | 25,000.00 | 25,000.00 |
| Account No. | | | unknown | | | | | |
| Ron Lewis 20161 Rancho Bella Vista Saratoga, CA 95070 | | | Note & Security Agreement | | | | | |
| | | | Value $          Unknown | | | | 75,000.00 | 75,000.00 |
| Account No. | | | 07/11/11 | | | | | |
| Scott Zemp Masonry, Inc. Attn: Managing Member 6031 McLeod Drive Las Vegas, NV 89120-3454 | | | Mechanic's Lien | | | | | |
| | | | Value $          Unknown | | | | 5,115.00 | 5,115.00 |
| Account No. | | | 12/15/10 | | | | | |
| Square Point Corp. Attn: Managing Member 1218 Union Street 2nd Floor Brooklyn, NY 11225 | | | Note & Security Agreement | | | | | |
| | | | Value $          Unknown | | | | 50,000.00 | 50,000.00 |

Sheet __7__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 180,115.00 | 180,115.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Murder Inc., LLC**                                                    Case No.    **BK-S-11-26317-BAM**
                                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 07/11/11 | | | | | |
| **Statewide Fire Protection** **Attn: Manging Member** **3130 Westwood Drive** **Las Vegas, NV 89109** | | | Mechanic's Lien | | | | | |
| | | | Value $          **Unknown** | | | | 167,500.00 | 167,500.00 |
| Account No. | | | unknown | | | | | |
| **Strategic Capital** **Attn: Managing Member** **1501 Broadway, Ste. 360** **New York, NY 10036** | | | Note & Security Agreement | | | | | |
| | | | Value $          **Unknown** | | | | 50,000.00 | 50,000.00 |
| Account No. | | | 02/25/11 - 03/14/11 | | | | | |
| **Strategic Funding Source, Inc.** **1501 Broadway, Ste. 360** **New York, NY 10036** | | | Merchant Cash Advance Agreements & Security Agreements | | | | | |
| | | | Value $          **300,000.00** | | | | 4,092,171.04 | 3,792,171.04 |
| Account No. | | | | | | | | |
| **Vion Operations** **400 Interstate North Pkwy.** **Suite 800** **Atlanta, GA 30339** | | | Strategic Funding Source, Inc. | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | 7/8/2011 | | | | | |
| **Superior Tile & Marble, Inc.** **Attn: Managing Member** **4305 Polaris Ave** **Las Vegas, NV 89103** | | | Mechanic's Lien | | | | | |
| | | | Value $          **Unknown** | | | | 24,051.00 | 0.00 |

Sheet **8** of **9** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 4,333,722.04 | 4,009,671.04 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Murder Inc., LLC**                                                Case No.  __BK-S-11-26317-BAM__
_____,
                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 08/05/10 | | | | | |
| Terry Kroll 24596 Santa Clara Dana Point, CA 92629 | - | | Note & Security Agreement | | | | | |
| | | | Value $            **Unknown** | | | | 250,000.00 | 250,000.00 |
| Account No. | | | 1/1/2011 - 3/31/2011 | | | | | |
| Tom Jones, Jr. 1736 Marine Pkwy. Brooklyn, NY 11234 | | | Note & Security Agreement | | | | | |
| | | | Value $            **0.00** | | | | 290,000.00 | 290,000.00 |
| Account No. | | | unknown | | | | | |
| Travis Cubley 1957 Faywood St Las Vegas, NV 89134 | | | Note & Security Agreement | | | | | |
| | | | Value $            **Unknown** | | | | 100,000.00 | 100,000.00 |
| Account No. | | | 02/25/11 - 03/14/11 | | | | | |
| Vion Operations LLC 400 Interstate North Pkwy. Suite 800 Atlanta, GA 30339 | - | | Merchant Cash Advance Agreements & Security Agreementa See Strategic Funding Service, Inc. | | | | | |
| | | | Value $            **0.00** | | | | 0.00 | 0.00 |
| Account No. | | | 12/15/10 | | | | | |
| Yellowstone Capital, LLC Attn: Managing Member 160 Pearl Street. 5th floor New York, NY 10005 | | | Note & Security Agreement | | | | | |
| | | | Value $            **Unknown** | | | | 50,000.00 | 50,000.00 |

Sheet  __9__  of  __9__   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 690,000.00 | 690,000.00 |
| Total (Report on Summary of Schedules) | 20,583,220.54 | 19,259,169.54 |

B6E (Official Form 6E) (4/10)

In re   **Murder Inc., LLC**                                                                     Case No.   **BK-S-11-26317-BAM**
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

___**1**___ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **Murder Inc., LLC**                                              ,      Case No.  **BK-S-11-26317-BAM**
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
| | | H W | J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | **Personal Property Taxes** | | | | | |
| **Clark County Assessor c/o Bankruptcy Clerk 500 S. Grand Central Pkwy P.O. Box 551401 Las Vegas, NV 89155-1401** | - | | | | | | | **Unknown** | **Unknown** / **0.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 / 0.00 |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 / 0.00 |

B6F (Official Form 6F) (12/07)

In re    **Murder Inc., LLC**                                                                                    Case No.    **BK-S-11-26317-BAM**
                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| **Account No.**<br><br>**A.D.D. Productions, LLC**<br>**c/o Joseph A. Gutierrez, Esq.**<br>**Maier Gutierrez PLLC**<br>**2500 W. Sahara Ave.,Ste. 106**<br>**Las Vegas, NV 89102** | - | | | | Pending Eighth Judicial District Court Litigation, Case #A646131 | X | X | X | 0.00 |
| **Account No.**<br><br>**Accurate Building Maintenance, LLC**<br>**Attn:  Managing Member**<br>**3062 Sheridan Street**<br>**Las Vegas, NV 89102** | - | | | | 4/16/2011 to 07/16/2011<br>Trade Payable | | | | 27,388.47 |
| **Account No.**<br><br>**Acrylic Tank Manufacturing of Nevada**<br>**Attn:  Managing Member**<br>**6975 S Decatur Blvd #130**<br>**Las Vegas, NV 89118** | - | | | | 03/08/2011 to 09/19/2011<br>Trade Payable | | | | 28,855.62 |
| **Account No.**<br><br>**Advanced Entertainment Services**<br>**Attn:  Managing Member**<br>**4325 West Reno Ave**<br>**Las Vegas, NV 89118** | - | | | | 05/28/2011 to 07/09/2011<br>Trade Payable | | | | 4,793.49 |
| | | | | | Subtotal<br>(Total of this page) | | | | 61,037.58 |

__25__  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **Murder Inc., LLC**                                              Case No.   **BK-S-11-26317-BAM**
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Alex Lee<br>216 Brampton Lane<br>Lake Forest, IL 60045** | | - | **unknown<br>Loan** | | | | **Unknown** |
| Account No.<br>**Alliance Airport Advertising, a/k/a Alliance Corporation<br>Attn: Managing Member<br>8945 W Russell Road Suite 150<br>Las Vegas, NV 89148** | | - | **05/05/2011 to 08/25/2011<br>Trade Payable** | | | | **74,000.00** |
| Account No.<br>**Andrew Reiser<br>4 Breton Dr.<br>Pinebrook, NJ 07058** | | - | **unknown<br>Loan** | | | | **Unknown** |
| Account No.<br>**Anthony Yodice<br>2443 Benson Ave.<br>Brooklyn, NY 11214** | | - | **unknown<br>Loan** | | | | **100,000.00** |
| Account No.<br>**Antoinette Giancana McDonnell<br>c/o Ihab T Omar, Esq<br>8225 W Sahara Ave., Ste J<br>Las Vegas, NV 89117** | | - | **Pending Eighth Judicial District Court Litigation, Case #A-11-635707** | X | X | X | **Unknown** |

Sheet no. __1__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **174,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Murder Inc., LLC**                                                                 Case No.   **BK-S-11-26317-BAM**
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 12/31/10 Trade Payable | | | | |
| APlasticBag.com Attn: Managing Member 3741 Merced Drive #F1 Riverside, CA 92503 | - | | | | | | | 2,550.00 |
| Account No. | | | | 08/04/11 to 09/21/11 Trade Payable | | | | |
| Askivi Corporation Attn: Managing Member 9136 Pearl Cotton Avenue Las Vegas, NV 89149 | - | | | | | | | 16,124.82 |
| Account No. | | | | 04/18/11 Trade Payable | | | | |
| AWG Charter Services, LLC Attn: Managing Member 4646 Wynn Rd Las Vegas, NV 89103 | - | | | | | | | 66.60 |
| Account No. | | | | unknown Loan | | | | |
| Barry Lewisohn 2792 Botticelli Dr. Henderson, NV 89052 | - | | | | | | | 120,000.00 |
| Account No. | | | | 04/02/11 Trade Payable | | | | |
| Baskow & Associates Attn: Managing Member 2948 E Russell Rd Las Vegas, NV 89120 | - | | | | | | | 4,885.00 |

Sheet no. __2__ of __25__ sheets attached to Schedule of                             Subtotal                     143,626.42
Creditors Holding Unsecured Nonpriority Claims                                   (Total of this page)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                             Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Murder Inc., LLC**                                                    Case No.   **BK-S-11-26317-BAM**
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 04/06/11 Trade Payable | | | | |
| Berkline Press LLC Attn: Managing Member PO Box 32 Boys Town, NE 68010 | | - | | | | | | 880.00 |
| Account No. | | | | 03/16/11 to 07/16/11 Trade Payable; Litigation commenced 10/18/11 | X | X | X | |
| Brain Trust Marketing & Communications Attn: Managing Member 4090 East Post Road, Loft D-1 Las Vegas, NV 89120 | | - | | | | | | 53,566.65 |
| Account No. | | | | 11/24/10 Loan | | | | |
| Buller Family Holdings, LLC Attn: Managing Member 2857 Paradise Rd., Ste. 2903 Las Vegas, NV 89109 | | - | | | | | | 60,000.00 |
| Account No. | | | | 08/16/11 Consulting Agreement | | | | |
| Carl Manno 469 Vinings Drive Bloomingdale, IL 60108 | | - | | | | | | 1,500.00 |
| Account No. | | | | unknown Loan | | | | |
| Carlos Cardenas 5149 Villa Dante Ave. Las Vegas, NV 89141 | | - | | | | | | Unknown |

Sheet no. __3__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

115,946.65

B6F (Official Form 6F) (12/07) - Cont.

In re    Murder Inc., LLC
_____,    Case No.    BK-S-11-26317-BAM
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | unknown Loan | | | | |
| Carol and Dan Navarro 12106 McCord Road Huntersville, NC 28078-7297 | - | | | | | | Unknown |
| Account No. | | | Pending Eighth Judicial District Court Litigation, Case #A646131 | | | | |
| Carolyn S. Farkas c/o Joseph A. Gutierrez, Esq. Maier Gutierrez PLLC 2500 W. Sahara Ave.,Ste. 106 Las Vegas, NV 89102 | - | | | X | X | X | 0.00 |
| Account No. | | | Photograph Concession Agreement | | | | |
| Cashman Photo Enterprises of NV ATTN: Managing Member 3660 Cincer Lane Las Vegas, NV 89103 | - | | | | | | Unknown |
| Account No. | | | 02/23/11 to 06/09/11 Trade Payable | | | | |
| CenturyLink Attn: Managing Member PO Box 2961 Phoenix, AZ 85062-2961 | - | | | | | | 97,737.48 |
| Account No. | | | unknown Loan | | | | |
| Charles Cina III 10866 Marandola St Las Vegas, NV 89141 | - | | | | | | Unknown |

Sheet no.  4  of  25  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 97,737.48

B6F (Official Form 6F) (12/07) - Cont.

In re  **Murder Inc., LLC**                                    Case No.  **BK-S-11-26317-BAM**
_____                        _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 04/19/11 Trade Payable | | | | |
| **Clark County Fire Department Attn: Managing Member 575 E Flamingo Rd Las Vegas, NV 89119** | - | | | | | | 75.00 |
| Account No. | | | 03/15/11 to 06/16/11 Trade Payable | | | | |
| **Connection Station A/R Attn: Managing Member 235 E. Warm Springs #105 89123** | - | | | | | | 25,750.00 |
| Account No. | | | 04/11/11 Trade Payable | | | | |
| **ConnectionsIt Attn: Managing Member 2200 Northpoint Parkway Santa Rosa, CA 95407** | - | | | | | | 1,350.00 |
| Account No. | | | 07/05/11 Trade Payable | | | | |
| **Cox Communications Attn: Managing Member PO Box 53262 Phoenix, AZ 85072-3262** | - | | | | | | 26.84 |
| Account No. | | | | | | | |
| **Crest Ridge Holdings, LLC 4375 Polaris Ave., Suite 4 Las Vegas, NV 89103** | - | | | | | | Unknown |

Sheet no. __5__ of __25__ sheets attached to Schedule of      Subtotal      | 27,201.84
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Murder Inc., LLC**                                                      Case No.   **BK-S-11-26317-BAM**
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>DA/V Productions<br>Attn: Managing Member<br>711 Pilot Road Suite F<br>Las Vegas, NV 89119 | - | | 03/30/11<br>Video Services and Rental Agreement | | | | 18,718.20 |
| Account No.<br><br>David Sederholt<br>140 Riverside Blvd., Apt. 2504<br>New York, NY 10069 | - | | unknown<br>Loan | | | | Unknown |
| Account No.<br><br>Denise Truscello<br>5760 W. Teco Dr<br>Las Vegas, NV 89118 | - | | 04/15/11<br>Trade Payable | | | | 1,200.00 |
| Account No.<br><br>Eagle Group Holdings, LLC<br>c/o Joseph A. Gutierrez, Esq.<br>Maier Gutierrez PLLC<br>2500 W. Sahara Ave.,Ste. 106<br>Las Vegas, NV 89102 | - | | Pending Eighth Judicial District Court Litigation, Case #A646131 | X | X | X | 0.00 |
| Account No.<br><br>Eagle Group Marketing, LLC<br>c/o Joseph A. Gutierrez, Esq.<br>Maier Gutierrez PLLC<br>2500 W. Sahara Ave.,Ste. 106<br>Las Vegas, NV 89102 | - | | Pending Eighth Judicial District Court Litigation, Case #A646131 | X | X | X | 0.00 |

Sheet no. __6__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          19,918.20

B6F (Official Form 6F) (12/07) - Cont.

In re   **Murder Inc., LLC**                                          ,          Case No.   **BK-S-11-26317-BAM**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | 05/12/11<br>Trade Payable | | | | |
| **Emperor Penguin<br>Attn: Managing Member<br>2172 Burris Hill Dr<br>Henderson, NV 89052** | - | | | | | | | 380.00 |
| **Account No.** | | | | 07/30/11<br>Trade Payable | | | | |
| **Fun City Distribution, Inc.<br>Attn: Managing Member<br>1027 South Rainbow Blvd., #219<br>Las Vegas, NV 89145** | - | | | | | | | 3,170.00 |
| **Account No.** | | | | Pending Eighth District Court Litigation, Case #A-11-649459 | | | | |
| **GC-Global Capital Corp.<br>c/o James E Smyth, II<br>Kaempfer Crowell Renshaw et al<br>8345 W Sunset Rd Ste 250<br>Las Vegas, NV 89113** | - | | | | X | X | X | Unknown |
| **Account No.** | | | | 04/20/11<br>Trade Payable | | | | |
| **Gennaro Capone<br>PO Box 84<br>Farmington, MN 55024** | - | | | | | | | 53.00 |
| **Account No.** | | | | 05/21/11 to 06/21/21<br>Trade Payable | | | | |
| **George Long<br>8122 Yelow Daisy Ave.<br>Las Vegas, NV 89147** | - | | | | | | | 1,500.00 |

Sheet no. __7__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        5,103.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Murder Inc., LLC                                                                  Case No.   BK-S-11-26317-BAM
_____,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>George M Raymond Company<br>c/o Mary F Chapman, Esq.<br>Law Office of Mary F Chapman, Ltd<br>7465 W Lake Mead Blvd Ste 100<br>Las Vegas, NV 89128 | - | | | | Pending Eighth Judicial District Court Litigation, Case #A-11-648186; foreclosure of mechanic's lien | X | X | X | Unknown |
| Account No.<br><br>Glen Tuttle<br>5110 Pine Hills Rd.<br>Julian, CA 92036 | - | | | | 04/01/10<br>Loan | | | | 100,000.00 |
| Account No.<br><br>Glenda Tuttle<br>475 Redrood St., #1401<br>San Diego, CA 92103 | - | | | | 01/01/11<br>Loan | | | | 60,000.00 |
| Account No.<br><br>Hal Braxton<br>9132 SW 78th Place<br>Miami, FL 33156 | - | | | | unknown<br>Loan | | | | 100,000.00 |
| Account No.<br><br>Haston Lowman<br>925 Canterbury Rd., # 114<br>Atlanta, GA 30324 | - | | | | unknown<br>Loan | | | | Unknown |

Sheet no.  8   of  25   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

260,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Murder Inc., LLC**                                    Case No.  **BK-S-11-26317-BAM**
_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 1/16/2011 to 09/16/11 Trade Payable | | | | |
| Hipcricket Attn: Managing Member 11241 Slater Ave NE #201 Kirkland, WA 89033 | - | | | | | | | 18,200.00 |
| Account No. | | | | 02/01/11 Loan | | | | |
| Howard & Kathryn Puterman Family Trst Attn: Managing Member 1605 Villa Rica Dr. Henderson, NV 89052 | - | | | | | | | 75,000.00 |
| Account No. | | | | 10/31/10 Trade Payable | | | | |
| Influent Solutions Attn: Managing Member 4580 West Hacienda Ave Las Vegas, NV 89118 | - | | | | | | | 5,405.00 |
| Account No. | | | | Pending Eighth Judicial District Court Litigation, Case #A646131 | X | X | X | |
| Jay L. Bloom c/o Joseph A. Guitierez, Esq. Maier Gutierrez PLLC 2500 W. Sahara Ave.,Ste. 106 Las Vegas, NV 89102 | - | | | | | | | 0.00 |
| Account No. | | | | unknown Loan | | | | |
| John Silvestri 145 Steep Hill Rd. Weston, CT 06883 | - | | | | | | | Unknown |

Sheet no. **9** of **25** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                98,605.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Murder Inc., LLC** Case No.  **BK-S-11-26317-BAM**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | unknown Loan | | | | |
| Joseph Giorgianni 9813 Concord Downs Ave. Las Vegas, NV 89117 | - | | | | | | | 357,360.00 |
| Account No. | | | | 10/03/11 Loan | | | | |
| JVLV Holdings, LLC Attn: Managing Member 2857 Paradise Rd., Ste. 3104 Las Vegas, NV 89109 | - | | | | | | | 75,000.00 |
| Account No. | | | | 04/06/11 to 05/06/11 Trade Payable | | | | |
| Kapan-Kent Co., Inc. Attn: Managing Member 2675 Vista Pacific Drive Oceanside, CA 92056 | - | | | | | | | 1,963.95 |
| Account No. | | | | unknown Loan | | | | |
| Keith Cooper 5840 De Clair Ct. Atlanta, GA 30328 | - | | | | | | | Unknown |
| Account No. | | | | unknown Loan | | | | |
| Kenneth Marchetti 500 Edgemont Ln. Park Ridge, IL 60068-2649 | - | | | | | | | Unknown |

Sheet no.  **10**  of  **25**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  434,323.95

B6F (Official Form 6F) (12/07) - Cont.

In re    **Murder Inc., LLC**                                                                 Case No.   **BK-S-11-26317-BAM**
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 04/02/11 to 07/30/11 Pending Eighth Judicial District Court Litigation, Case #A-11-649108 | | | | |
| Lamar Central Outdoor, LLC c/o Mark S Karris Esq. Mark S Karris, Ltd 8275 S Eastern Ave., Ste 200-234 Las Vegas, NV 89123 | | - | | X | X | X | |
| | | | | | | | 272,000.00 |
| Account No. | | | 12/29/09 Loan | | | | |
| Larry DeMatteo Linda Janelle DeMatteo 5527 San Palazzo Ct. Las Vegas, NV 89141 | | - | | | | | |
| | | | | | | | 60,000.00 |
| Account No. | | | 3/7/2011 to 07/11/11 Trade Payable | | | | |
| Las Vegas Magazine Attn:  Managing Member 2360 Corporate Circle 3rd Floor Henderson, NV 89074 | | - | | | | | |
| | | | | | | | 60,420.00 |
| Account No. | | | 03/04/11 to 07/01/11 Trade Payable | | | | |
| Las Vegas Weekly Attn:  Managing Member 2360 Corporate Circle 3rd Floor Henderson, NV 89074 | | - | | | | | |
| | | | | | | | 56,142.00 |
| Account No. | | | unknown Loan | | | | |
| Lilia Nazarino 266 Battery Ave. Brooklyn, NY 11209 | | - | | | | | |
| | | | | | | | 30,000.00 |

Sheet no.   **11**   of   **25**   sheets attached to Schedule of                                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                                     (Total of this page)          | 478,562.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Murder Inc., LLC**                                                                    Case No.   **BK-S-11-26317-BAM**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 08/01/10 Loan | | | | |
| Lindenmuth & Associates PSP&T FBO G Linde Gerald Lindenmuth 510 Hearn St. Austin, TX 78703 | | - | | | | | | |
| | | | | | | | | 250,000.00 |
| Account No. | | | | 07/30/11 Trade Payable | | | | |
| M Clip Attn: Managing Member 6305 Sandburg Road Suite 500 Golden Valley, MN 55427 | | - | | | | | | |
| | | | | | | | | 89.58 |
| Account No. | | | | Pending Eighth Judicial District Court Litigation, Case #A648201 | X | X | X | |
| M.J. Dean Construction, Inc. c/o Martin A. Little, Esq. Jolley Urga Wirth Woodbury & Standish 3800 Howard Hughes Pkwy 16th Floor Las Vegas, NV 89169 | | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Pending Eighth Judicial District Court Litigation, Case No.: A-10-627055-C/Lease of Personal Property | | | | |
| Mafia Collection, LLC 3455 W. Reno Ave., Ste. A Las Vegas, NV 89118 | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 04/19/11 Trade Payable | | | | |
| Maritime Casino Systems, LLC Attn: Managing Member PO Box 93092 Las Vegas, NV 89193-3082 | | - | | | | | | |
| | | | | | | | | 151.34 |

Sheet no. __12__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    250,240.92

B6F (Official Form 6F) (12/07) - Cont.

In re   **Murder Inc., LLC**                                              Case No.   **BK-S-11-26317-BAM**
                                                        
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Mark Logan <br> 253 Rombout Rd. <br> Pleasant Valley, NY 12569 | - | | 11/09/10 <br> Loan | | | | 108,888.89 |
| Account No. <br><br> Matthew Rakow <br> 4020 Royal Oak Place <br> Suite 101A <br> Encino, CA 91436 | - | | unknown <br> Loan, Consulting Agreement | | | | Unknown |
| Account No. <br><br> Meeting Planner Resources LLC <br> Attn:  Managing Member <br> 1415 Louisiana Ste 3475 <br> Houston, TX 77002 | - | | 05/30/11 to 08/30/11 <br> Trade Payable | | | | 3,345.00 |
| Account No. <br><br> Merly Espirito <br> 266 Battery Ave. <br> Brooklyn, NY 11209 | - | | unknown <br> Loan | | | | 20,000.00 |
| Account No. <br><br> Meyer Lansky <br> 1851 Hillpointe Road <br> Suite 2622 <br> Henderson, NV 89074-0981 | - | | 6/15/10 | | | | Unknown |

Sheet no. __13__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)        132,233.89

B6F (Official Form 6F) (12/07) - Cont.

In re  **Murder Inc., LLC**                                              Case No.  **BK-S-11-26317-BAM**
_____                    _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | unknown Loan | | | | |
| Michael Hinden 3153 Turtle Head Peak Dr. Las Vegas, NV 89135 | - | | | | | | 370,850.00 |
| Account No. | | | unknown Loan | | | | |
| Michael Regan 50 McKinley St. Edison, NJ 08820 | - | | | | | | 100,000.00 |
| Account No. | | | unknown Consulting Agreement, Lease of Artifacts | | | | |
| Millicent Rosen 1050 E. Cactus Ave., #104 Las Vegas, NV 89183 | | | | | | | Unknown |
| Account No. | | | 04/23/11 Trade Payable | | | | |
| Modern China Co., Inc. Attn: Managing Member PO Box 309 Sebring, OH 44672 | | | | | | | 667.89 |
| Account No. | | | 04/16/11 to 06/16/11 Trade Payable | | | | |
| Morgando Family Trust Attn: Managing Member 20 Highland Creek Drive Henderson, NV 89052 | - | | | | | | 10,800.00 |

Sheet no. **14** of **25** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              482,317.89

B6F (Official Form 6F) (12/07) - Cont.

In re    **Murder Inc., LLC**                                                Case No.    **BK-S-11-26317-BAM**
────────────────────────────────────────────
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Nancy Spilotro and Vincent Spilotro <br> 972 Vegas Valley Drive <br> Las Vegas, NV 89109 | - | | 2/15/09 <br> Artifact Purchase Agreement. Consulting Agreement | | | | Unknown |
| Account No. <br><br> Nate D Sanders <br> Attn: Managing Member <br> 11901 Santa Monica Blvd. <br> Los Angeles, CA 90025 | - | | 06/09/11 <br> Trade Payable | | | | 7,649.11 |
| Account No. <br><br> Nevada Sales Agency <br> Attn: Managing Member <br> 3581 Birtcher Drive <br> Las Vegas, NV 89118 | - | | 01/18/11 <br> Trade Payable | | | | 1,612.87 |
| Account No. <br><br> Nick Micek <br> 45 Yorshire Woods <br> Oakbrook, IL 60523 | - | | 06/12/11 to 07/16/11 <br> Trade Payable, Consulting Agreement | | | | 5,000.00 |
| Account No. <br><br> Order 66 Entertainment, LLC <br> c/o Joseph A. Guitierez, Esq. <br> Maier Gutierrez PLLC <br> 2500 W. Sahara Ave.,Ste. 106 <br> Las Vegas, NV 89102 | - | | Pending Eighth Judicial District Court Litigation, Case #A646131 | X | X | X | 0.00 |

Sheet no. __15__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **14,261.98**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Murder Inc., LLC**                                          Case No.  **BK-S-11-26317-BAM**
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 03/29/11 to 07/19/11 Trade Payable, Advertising | | | | |
| OutDoor Solutions, LLC Attn: Managing Member 7935 W Sahara Ave Suite 201 Las Vegas, NV 89117 | - | | | | | | 81,650.00 |
| Account No. | | | 04/16/11 to 05/16/11 Trade Payable | | | | |
| Paladin Ventures, LLC Attn: Managing Member 3728 St Nazarie Ave Las Vegas, NV 89141 | - | | | | | | 7,200.00 |
| Account No. | | | 01/01/01 Loan | | | | |
| Patrick & Sandra O'Laughlin 93 Shephard Mesa Henderson, NV 89074 | - | | | | | | 180,000.00 |
| Account No. | | | 12/31/10 to 10/16/11 Trade Payable | | | | |
| Personicom Extended Data Solutions Attn: Managing Member 500 N Michigan Ave # 300 Chicago, IL 60611-3775 | - | | | | | | 156,483.74 |
| Account No. | | | 03/09/10 Loan | | | | |
| Phyllis Joelson 5125 W. Reno Ave., #1021 Las Vegas, NV 89118 | - | | | | | | 60,000.00 |

Sheet no. __16__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **485,333.74**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Murder Inc., LLC**                                                                     Case No.   **BK-S-11-26317-BAM**
                                  ,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 05/12/11 Trade Payable | | | | |
| Pin Usa Attn: Managing Member 626 Justin Avenue Glendale, CA 91201-2327 | - | | | | | | | 3,558.25 |
| Account No. | | | | 01/05/11 Trade Payable | | | | |
| Pindler & Pindler, Inc Attn: Managing Member 11910 Pointdexter Ave Moorpark, CA 93021 | - | | | | | | | 15.99 |
| Account No. | | | | 09/30/10 to 07/30/11 Trade Payable | | | | |
| Plain Joe Studios Attn: Managing Member 7345 Piute Creek Dr. Corona, CA 92881 | - | | | | | | | 375,946.16 |
| Account No. | | | | 12/30/10 to 01/01/11 Trade Payable | | | | |
| Prairie Mountain Attn: Managing Member PO Box F Highway 160 Lockwood, MO 65682 | - | | | | | | | 3,476.65 |
| Account No. | | | | Trade Payable | | | | |
| Quest Diagnostics Incorporated c/o Managing Member P.O. Box 740709 Atlanta, GA 30374-0709 | - | | | | | | | 1,668.00 |

Sheet no.  **17**  of  **25**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                   | 384,665.05
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Murder Inc., LLC**                                              Case No.  **BK-S-11-26317-BAM**
_____
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Realty Club Las Vegas** Attn:  Managing Member 2904 W Horizon Ridge Pkwy #100 Henderson, NV 89052 | - | | 04/30/11 Trade Payable | | | X | 1,695.00 |
| Account No.  **Robert Bright** 6061 Topaz St. Las Vegas, NV 89120 | - | | 4/15/09 Lease | | | | **Unknown** |
| Account No.  **Royal Pacific of Las Vegas, LLC** Attn:  Managing Member 4495 Delancey Dr Las Vegas, NV 89103 | - | | 09/17/11 to 10/08/11 Trade Payable | | | | 2,153.90 |
| Account No.  **RS/TV inc** Attn:  Managing Member 4376 Clubhouse Drive Lakewood, NV 89103 | - | | 04/16/11 Trade Payable | | | | 11,889.91 |
| Account No.  **Sandra Carnvale** 48 Woods Court Glen Head, NY 11545 | - | | unknown Loan | | | | 35,000.00 |

Sheet no.  **18**  of  **25**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **50,738.81**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Murder Inc., LLC**                                              Case No.   **BK-S-11-26317-BAM**
_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Scott LaRocca <br> 159 E. Pine St. <br> Altadena, CA 91001 | | - | unknown <br> Loan | | | | Unknown |
| Account No. <br><br> Snibbe Interactive, Inc. <br> Attn: Managing Member <br> 1073 Howard Street <br> San Francisco, CA 94103 | | - | 08/02/11 <br> Arbitration award | | | X | 217,229.71 |
| Account No. <br><br> Southeastern Logistics <br> Attn: Managing Member <br> 1 C Trotter Road West <br> Columbia, SC 29169-3055 | | - | 03/15/11 <br> Trade Payable | | | | 5,000.00 |
| Account No. <br><br> Sparkle & Shine <br> Attn: Managing Member <br> 3429 Raven Ave <br> Las Vegas, NV 89139 | | - | 04/15/11 to 04/29/11 <br> Trade Payable | | | | 10,428.67 |
| Account No. <br><br> SSA Architecture, <br> Small Studio Associates, LLC <br> c/o Kenneth Small <br> 4630 S Arville Ste A <br> Las Vegas, NV 89103 | | | Pending Eighth Judicial District Court Litigation, Case #A-11-645141 | X | X | X | Unknown |

Sheet no. __19__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)          232,658.38

B6F (Official Form 6F) (12/07) - Cont.

In re    **Murder Inc., LLC**                                          Case No.  **BK-S-11-26317-BAM**
_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Stephen Huchro<br>50 Green ST.<br>Poughquag, NY 12570 | | - | 11/09/10<br>Loan | | | | 13,611.11 |
| Account No.<br><br>Superior Exhibits & Design, Inc.<br>c/o Pat Lundvall<br>McDonald Carano Wilson LLP<br>2300 W Sahara Ave., Ste 1000<br>Las Vegas, NV 89102 | | - | Pending Eighth Judicial District Court Litigation, Case #A-10-626442 | X | X | X | Unknown |
| Account No.<br><br>Superior Tile & Marble, Inc.<br>c/o D Shane Clifford, Esq.<br>Dixon Truman Fisher & Clifford, P.C.<br>221 N Buffalo Dr., Ste A<br>Las Vegas, NV 89145 | | - | Pending Eighth Judicial District Court Litigation, Case #A-11-648201-C; Foreclosure of Mechanic's Lien | X | X | X | Unknown |
| Account No.<br><br>T Line<br>Attn: Managing Member<br>158 SW 1st Ave<br>Canby, OR 97013 | | - | 04/22/11<br>Trade Payable | | | | 202.97 |
| Account No.<br><br>Tahoe Springs Water<br>Attn: Managing Member<br>3300 Meade Ave. # B<br>Las Vegas, NV 89102 | | - | 09/15/11<br>Trade Payable | | | | 136.50 |

Sheet no. __20__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **13,950.58**

B6F (Official Form 6F) (12/07) - Cont.

In re  __Murder Inc., LLC_____,    Case No.  __BK-S-11-26317-BAM_____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 05/02/11 Trade Payable | | | | |
| Television Monitoring Services, Inc. Attn: Managing Member 4132 S Rainbow Blvd. #213 Las Vegas, NV 89103 | - | | | | | | | 1,770.00 |
| Account No. | | | | 04/29/11 Trade Payable | | | | |
| TerrellCreative Attn: Managing Member PO Box 1377 Wichita, KS 67201 | - | | | | | | | 3,701.25 |
| Account No. | | | | 01/01/11 to 03/14/11 Trade Payable | | | | |
| The CIT Group Attn: Managing Member PO Box 1036 Charlotte, NC 28201-1036 | - | | | | | | | 2,907.75 |
| Account No. | | | | 03/03/11 Trade Payable | | | | |
| The Costume & Craft Cottage Attn: Managing Member 16 Sinclair Avenue Staten Island, NY 10312 | - | | | | | | | 125.00 |
| Account No. | | | | 04/27/11 Trade Payable | | | | |
| The Dog and Pony Show, Inc Attn: Managing Member 3395 S Jones Blvd #328 Las Vegas, NV 89146 | - | | | | | | | 1,280.00 |

Sheet no. __21__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                9,784.00

B6F (Official Form 6F) (12/07) - Cont.

In re   __Murder Inc., LLC_____,    Case No.   __BK-S-11-26317-BAM_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 05/07/11 to 07/10/11 Trade Payable | | | | |
| Tire Works Attn: Managing Member 9590 W Tropicana Ave Las Vegas, NV 89147 | - | | | | | | | | 685.93 |
| Account No. | | | | | unknown Loan | | | | |
| Toni Valentino 266 Battery Ave. Brooklyn, NY 11209 | - | | | | | | | | 30,000.00 |
| Account No. | | | | | Pending Eighth Judicial District Court Litigation, Case #A-11-641093 | X | X | X | |
| Trade Show Fabrications West Inc. c/o William R Urga, Esq. Jolley Urga Wirth Woodbury & Standish 3800 Howard Hughes Pkwy 16th Floor Las Vegas, NV 89169 | - | | | | | | | | 752,142.38 |
| Account No. | | | | | unknown Loan | | | | |
| Travis Cubley Self Directed IRA Services, Inc. Custodian FBO Travis Cubley 1957 Faywood St. Las Vegas, NV 89134 | - | | | | | | | | 100,000.00 |
| Account No. | | | | | 02/16/11 to 06/25/11 Lease effective April 1, 2011 | | | | |
| Tropicana Resort & Casino Attn: Managing Member PO Box 97777 Las Vegas, NV 89193-7777 | - | | | | | | | | 442,195.23 |

Sheet no. __22__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    1,325,023.54

B6F (Official Form 6F) (12/07) - Cont.

In re    **Murder Inc., LLC**                                                                 Case No.   **BK-S-11-26317-BAM**
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 03/18/11 | | | | |
| VBS CAL, L.L.C Attn: Managing Member 2880 Scott Street Suite #107 Vista, CA 92081 | - | | Trade Payable | | | | 111.00 |
| Account No. | | | 03/14/11 to 07/04/11 | | | | |
| Vegas 2 Go Attn: Managing Member 2360 Corporate Circle 3rd Floor Henderson, NV 89074 | - | | Trade Payable | | | | 20,480.00 |
| Account No. | | | 05/11/11 | | | | |
| Vegas Marketing Attn: Managing Member 6130 W Tropicana Ave #302 Las Vegas, NV 89103 | - | | Trade Payable | | | | 550.00 |
| Account No. | | | 03/25/11 to 06/28/11 | | | | |
| Vegas Valley Locking Systems, Inc. Attn: Managing Member 6243 Dean Martin Drive Las Vegas, NV 89118-3803 | - | | Trade Payable | | | | 324.24 |
| Account No. | | | 05/15/11 to 07/15/11 | | | | |
| Vegas.com Attn: Managing Member 2370 Corporate Circle 3rd Floor Henderson, NV 89074 | - | | Trade Payable | | | | 9,000.00 |

Sheet no.  **23**  of  **25**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,465.24

B6F (Official Form 6F) (12/07) - Cont.

In re **Murder Inc., LLC**                                                    Case No. **BK-S-11-26317-BAM**
_____,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**VeriFone, Inc.**<br>**Attn:  Managing Member**<br>**Lockbox 774523 4523 Solutions**<br>**Center**<br>**Chicago, IL 60677-4005** | - | | **05/11/11 to 08/31/11**<br>**Trade Payable, Advertising** | | | | 148,992.90 |
| Account No.<br><br>**Video Equipment Rentals**<br>**Attn:  Managing Member**<br>**912 Ruberta Avenue**<br>**Glendale, CA 91201** | - | | **05/17/11 to 09/06/11**<br>**Trade Payable** | | | X | 310,500.00 |
| Account No.<br><br>**Vincent Mannino II**<br>**11053 Bandon Dunes Ct.**<br>**Las Vegas, NV 89141** | - | | **unknown**<br>**Loan** | | | | 50,000.00 |
| Account No.<br><br>**Vincent Spilotro**<br>**2719 W Juniper St Apt 4**<br>**Santa Ana, CA 92704** | - | | **7/7/2011 to 08/06/11**<br>**Trade Payable** | | | | 13,000.00 |
| Account No.<br><br>**Vision Control Assoc. of Nevada, Inc.**<br>**Attn:  Managing Member**<br>**38 West Mayflower Ave.**<br>**North Las Vegas, NV 89030** | - | | **05/11/11 to 07/16/11**<br>**Trade Payable** | | | | 8,640.47 |

Sheet no. **24** of **25** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                             531,133.37

B6F (Official Form 6F) (12/07) - Cont.

In re   **Murder Inc., LLC**                                                  Case No.   **BK-S-11-26317-BAM**
_____                                      _____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Warren & Susan Best <br> 20 Bloomfield Hills Dr. <br> Henderson, NV 89052** | | - | **02/01/12 <br> Loan** | | | | 75,000.00 |
| Account No. <br><br> **What's On Las Vegas LLC <br> Attn:  Managing Member <br> 8360 W. Sahara Ave. #220 <br> Las Vegas, NV 89117** | | - | **04/21/11 to 10/05/11 <br> Trade Payable** | | | | 25,500.00 |
| Account No. <br><br> **William Frasco <br> 532 Nugent Ave. <br> Staten Island, NY 10305** | | - | **unknown <br> Loan** | | | | Unknown |
| Account No. <br><br> **Wyson Investments, LLC <br> Attn: Managing Member <br> 5920 W. Cougar Ave. <br> Las Vegas, NV 89139** | | - | **03/03/11 <br> Loan** | | | | 100,000.00 |
| Account No. <br><br> | | | | | | | |

Sheet no. __25__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| | Subtotal <br> (Total of this page) | 200,500.00 |
| | Total <br> (Report on Summary of Schedules) | 6,059,369.51 |

B6G (Official Form 6G) (12/07)

In re   **Murder Inc., LLC**                                                    Case No.   **BK-S-11-26317-BAM**
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Alliance Corporation<br>Attn:  Managing Member<br>8945 W. Russell Road<br>Suite 150<br>Las Vegas, NV 89148 | **Display Space Agreement (McCarran)** |
| Benchmark Merchant Solutions<br>Attn:  Managing Member<br>4053 Maple Road<br>Suite 199<br>Amherst, NY 14226 | **Credit Card Processing** |
| Carl Manno<br>496 Vinings Drive<br>Bloomingdale, IL 60108 | **Consulting Agreement dated 2/22/11** |
| Cashman Photo Enterprises of Nevada<br>Attn:  Managing Member<br>3660 Cincer Lane<br>Las Vegas, NV 89103 | **Photography Concession Agreement dated 11/10/09** |
| DA/V Productions<br>Attn:  Managing Member<br>711 Pilot Rd.<br>Suite F<br>Las Vegas, NV 89119 | **Video Services and Rental Agreement dated 5/3/10** |
| Joelle Jarvis | **Independent Sales Rep Agreement dated 1/5/11** |
| Matthew Rakow<br>4020 Royal Oak Place<br>Suite 101A<br>Encino, CA 91436 | **Consulting Agreement dated 1/14/2010** |
| Meyer Lansky<br>1851 Hillpointe Road<br>Suite 2622<br>Henderson, NV 89074 | **Consulting Agreement dated 6/15/2010** |
| Meyer Lansky<br>1851 Hillpointe Road<br>Ste. 2622<br>Henderson, NV 89074 | **Name and Likeness Agreement dated 6/15/2010** |
| Millicent Rosen<br>1050 East Cactus Ave.<br>Las Vegas, NV 89123 | **Consulting Agreement dated 9/15/2009** |

**2**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Murder Inc., LLC**                                                    Case No.    **BK-S-11-26317-BAM**
_____
                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Millicent Rosen**<br>**1050 East Cactus Ave.**<br>**Las Vegas, NV 89123** | **Consulting Agreement dated 9/15/2009** |
| **Millicent Rosen**<br>**1050 East Cactus Ave.**<br>**Las Vegas, NV 89123** | **Lease of Personal Property dated 9/12/2009** |
| **Millicent Rosen**<br>**1050 East Cactus Ave.**<br>**Las Vegas, NV 89123** | **Lease of Personal Property dated 9/12/2009** |
| **Musion Systems Limited**<br>**Attn:  Managing Member**<br>**44 Flask Walk**<br>**London NW3 1HE**<br>**ENGLAND** | **Non-Exclusive License Agreement, dated 5/17/2010** |
| **Nancy Spilotro and Vincent Spilotro**<br>**972 Vegas Valley Drive**<br>**Las Vegas, NV 89109** | **Consulting Agreement dated 12/15/2009** |
| **Nick Micek**<br>**45 Yorkshire Woods**<br>**Oak Brook, IL 60523** | **Consulting Agreement dated 2/22/11** |
| **Outdoor Solutions, LLC.**<br>**Attn:  Managing Member**<br>**7935 W. Sahara**<br>**#201**<br>**Las Vegas, NV 89146** | **Contract for Outdoor Bulletin Advertising dated 3/14/11** |
| **PlainJoe Studios, Inc.**<br>**Attn:  Managing Member**<br>**7345 Piute Creek Drive**<br>**Corona, CA 92881** | **Letter of Agreement dated 4/26/10** |
| **Robert Bright**<br>**6061 Topaz St.**<br>**Las Vegas, NV 89120** | **Personal Property Lease Agreement dated 4/15/2009** |
| **STARGREETZ, Inc.**<br>**Attn:  Managing Member** | **Non-Disclosure and Submission Agreement dated 2/19/10** |
| **The Mafia Collection of Nevada**<br>**a/k/a Mafia Collection LLC**<br>**Attn:  Managing Member**<br>**10620 Southern Highlands Pkwy**<br>**Las Vegas, NV 89141** | **Lease of Personal Property dated 3/11/09** |

Sheet   **1**   of   **2**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re   **Murder Inc., LLC**                                  Case No.  **BK-S-11-26317-BAM**
_____
                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Tropicana Las Vegas, Inc. Attn: Managing Member 3801 Las Vegas Blvd. South Las Vegas, NV 89101 | **Lease Agreement dated 4/1/11** |
| VeriFone Attn: Managing Member 2880-B Meade Ave Suite 350 Las Vegas, NV 89102 | **Contract for Taxi Media Advertising dated 5/21/10** |
| VeriFone Attn: Managing Member 2880-B Meade Ave Suite 350 Las Vegas, NV 89102 | **Contract for Taxi Media Advertising dated 9/28/10** |
| Vision Control Assoc. of Nevada, Inc. Attn: Managing Member 38 Mayflower Ave. North Las Vegas, NV 89030 | **Advanced Display System Agreement** |

Sheet  **2**  of  **2**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re  **Murder Inc., LLC**                                                    Case No.   **BK-S-11-26317-BAM**
_____,
                                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).
☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **A.D.D. Productions, LLC**<br>**3455 W. Reno Ave., Ste. A**<br>**Las Vegas, NV 89118** | |
| **Eagle Group Holdings, LLC**<br>**3455 W. Reno Ave., Ste. A**<br>**Las Vegas, NV 89118** | |
| **Eagle Group Marketing, LLC**<br>**3455 W. Reno Ave., Ste. A**<br>**Las Vegas, NV 89118** | |
| **Jay L. Bloom**<br>**11965 Port Labelle Drive**<br>**Las Vegas, NV 89141** | |
| **Louis Ventre**<br>**3640 Belvedere Park Lane**<br>**Las Vegas, NV 89141** | |
| **Order 66 Entertainment, LLC**<br>**3455 W. Reno Ave., Ste. A**<br>**Las Vegas, NV 89118** | |
| **The Mafia Collection, LLC**<br>**3455 W. Reno Ave., Ste. A**<br>**Las Vegas, NV 89118** | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **Murder Inc., LLC**                                        Case No.    **BK-S-11-26317-BAM**

                                              Debtor(s)                     Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **52**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    *10/31/2011*                     Signature    *[signature]*

                                                      **Louis Ventre**
                                                      **Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Nevada

In re __Murder Inc., LLC__                                            Case No.   __BK-S-11-26317-BAM__

                                                   Debtor(s)                Chapter   __11__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐      business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,364,751.20** | **2011 Income YTD from Operation of Business** |
| **$102,187.00** | **2010 Income from Operation of Business** |
| **$0.00** | **2009 Income from Operation of Business - amount unknown, filed jointly with Eagle Group Holdings, LLC** |

2

## 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                         SOURCE

## 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Video Equipment Rentals**<br>**Attn:  Managing Member**<br>**912 Ruberta Avenue**<br>**Glendale, CA 91201** | **07/22/2011** | **$25,000.00** | **$0.00** |
| **Video Equipment Rentals**<br>**Attn:  Managing Member**<br>**912 Ruberta Avenue**<br>**Glendale, CA 91201** | **07/25/2011** | **$25,000.00** | **$0.00** |
| **Video Equipment Rentals**<br>**Attn:  Managing Member**<br>**912 Ruberta Avenue**<br>**Glendale, CA 91201** | **07/26/11** | **$25,000.00** | **$0.00** |
| **Video Equipment Rentals**<br>**Attn:  Managing Member**<br>**912 Ruberta Avenue**<br>**Glendale, CA 91201** | **08/23/11** | **$25,000.00** | **$0.00** |
| **All Nevada Insurance** | **09/28/11** | **$9,000.00** | **$0.00** |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached schedule SOFA 3(c) which identifies all payments made to or for the b** | | **$0.00** | **$0.00** |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Lamar Central Outdoor, LLC v. Eagle Group Holdings, LLC et al; Case No. A649108** | **Breach of Contract** | **Eighth Judicial District Court, Clark County, Nevada** | **Pending** |
| **Trade Show Fabrications West, Inc. v. Eagle Group Holdings, LLC; Case No. A641093** | **Breach of Contract** | **Eighth Judicial District Court, Clark County, Nevada** | **Pending** |
| **SSA Architecture v. Jay Bloom et al; Case No. A645141** | **Breach of Contract** | **Eighth Judicial District Court, Clark County, Nevada** | **Pending** |
| **Superior Exhibits & Design, Inc. v. Murder Inc.; Case No. A626442** | **Breach of Contract** | **Eighth Judicial District Court, Clark County, Nevada** | **Pending** |
| **Superior Tile & Marble Inc. v. MJ Dean Construction; Case No. A648201** | **Title to Property** | **Eighth Judicial District Court, Clark County, Nevada** | **Pending** |
| **George M. Raymond Company v. Tropicana Las Vegas et al; Case No. A648186** | **Title to Property** | **Eighth Judicial District Court, Clark County, Nevada** | **Pending** |
| **Antoinette McDonnell v. Jay Bloom et al; Case No. A635707** | **Breach of Contract** | **Eighth Judicial District Court, Clark County, Nevada** | **Pending** |
| **GC-Global Capital Corp v. Jay Bloom et al; Case No. A649459** | **Breach of Contract** | **Eighth Judicial District Court, Clark County, Nevada** | **Pending** |
| **Ralph Buzzetta v. Jay Bloom et al; Case No. A634251** | **Breach of Contract** | **Eighth Judicial District Court, Clark County, Nevada** | **Settled (as to Debtor)** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Video Equipment Rentals Attn: Managing Member 912 Ruberta Avenue Glendale, CA 91201** | 09/12/11 | **Video equipment used in the interactive experience, valued at approximately $450,000.** |
| **Personicom Extended Data Solutions 500 N. Michigan Ave., Ste. 300 Chicago, IL 60611-3775** | 10/7/2011 | **Servers. Value unknown.** |

4

**6. Assignments and receiverships**

None
■
  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☐
  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Larry Bertsch**<br>**285 E. Warm Springs Rd., Ste. 102**<br>**Las Vegas, NV 89119** | **Vion Operations LLC vs. Jay Bloom, et al., Case No.: A-11-646131-C in the Eighth Judicial District Court for the District of Nevada** | **09/30/11** | **Books and records.** |

**7. Gifts**

None
☐
  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Keep Memory Alive Foundation**<br>**888 West Bonneville Ave.**<br>**Las Vegas, NV 89106** | **none** | **4/11/2011** | **$16,418.79** |
| **Las Vegas Valley Humane Society**<br>**3395 S. Jones Blvd., Ste. 454**<br>**Las Vegas, NV 89146** | **none** | **3/17/2011** | **$1,000** |
| **Nevada Blind Children's Foundation**<br>**3811 W. Charleston Blvd., Ste. 208**<br>**Las Vegas, NV 89102** | **none** | **4/15/2011** | **$2,000** |

**8. Losses**

None
■
  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

5

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Gordon Silver 3960 Howard Hughes Parkway, 9th Floor Las Vegas, NV 89169 | 10/5/2011 | $50,000.00 |
| Gordon Silver 3960 Howard Hughes Parkway, 9th Floor Las Vegas, NV 89169 | 10/14/2011 | $100,000.00.  GS maintains a balance of $58,883.69 in its trust account. |
| Fox Rothschild LLP 3800 Howard Hughes Pkwy., Ste. 500 Las Vegas, NV 89169 | 9/21/2011 | $15,000 - Bankruptcy Consultation |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Town & Country Bank | Operating Acct. No. xxxxxxx6535 | 10/1/2011 |
| Town & Country Bank | Payroll Acct. No. xxxxxxx6548 | 10/1/2011 |
| Town & Country Bank | Expense Acct. No. xxxxxx9425 | 10/1/2011 |
| Bank of America | Payroll Acct. No. xxxx0467 | 4/15/2011 |
| Bank of America | Operating Acct. No. xxxx0483 | 4/15/2011 |

6

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank of America** | **Expense Acct. No. xxxx0475** | **4/15/2011** |

---

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Vegas.com** | **7/2011** | **19,925.97** |

---

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Mafia Collection, LLC** | **Debtor is in possession of artifacts which Mafia Collection, LLC allegedly owns.** | **Las Vegas Mob Experience** |

---

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **3455 S.Reno Ave., Las Vegas, NV  89119** | **Murder Inc., LLC** | **2008-6/30/2011** |

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

7

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

8

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Kristy Somers**<br>**9560 Sky Hollow Dr.**<br>**Las Vegas, NV 89123** | **2009 - July 2011** |
| **Michelle Cordova**<br>**10151 Dorrell Lane**<br>**Las Vegas, NV 89166** | **December 2010 - present** |
| **Larry Bertsch**<br>**285 E. Warm Springs Rd., Ste. 102**<br>**Las Vegas, NV 89119** | **Court Appointed; from 10/1/2011 to**<br>**present** |
| **Louis Ventre**<br>**3640 Belvedere Park Lane**<br>**Las Vegas, NV 89141** | **July 1, 2011 - present** |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Larry Bertsch** | **285 E. Warm Springs Rd., Ste. 102**<br>**Las Vegas, NV 89119** |
| **Jay L. Bloom** | **11965 Port Labelle Drive**<br>**Las Vegas, NV 89141** |
| **Eagle Group Holdings, LLC** | **3455 W. Reno Ave., Ste. A**<br>**Las Vegas, NV 89118** |
| **Del Acosta Enterprises** | **1014 Wingham Ct.**<br>**Henderson, NV 89052** |

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

### 20. Inventories

None
☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **10/14/2011** | **Jeffrey DeFranco/Louis Ventre** | **See Schedules B5, B29 and B30.** |

9

None b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☐

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 10/14/2011 | **Louis Ventre**<br>**3640 Belvedere Park Lane**<br>**Las Vegas, NV 89141** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐ controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Louis Ventre**<br>**3640 Belvedere Park Lane**<br>**Las Vegas, NV 89141** | **Managing Member** | **95%** |
| **Eagle Group Holdings, LLC**<br>**3455 W. Reno Ave., Ste. A**<br>**Las Vegas, NV 89118** | **Member** | **5%** |

---

**22 . Former partners, officers, directors and shareholders**

None a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■ commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
☐ immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Jay L. Bloom**<br>**11965 Port Labelle Drive**<br>**Las Vegas, NV 89141** | **Managing Member** | **6/30/11** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
☐ in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Jay L. Bloom**<br>**11965 Port Labelle Drive**<br>**Las Vegas, NV 89141** | **See Statement of Financial Affairs 3c** | |
| **Louis Ventre**<br>**3640 Belvedere Park Lane**<br>**Las Vegas, NV 89141** | **See Statement of Financial Affairs 3c** | |

---

**24. Tax Consolidation Group.**

None
☐

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION

**Eagle Holding Group, LLC (2009)**

TAXPAYER IDENTIFICATION NUMBER (EIN)

**26-4474831**

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND

TAXPAYER IDENTIFICATION NUMBER (EIN)

SOFA 3c

| Type | Date | Payee | For Benefit Of | Amount |
|------|------|-------|----------------|--------|
| Check | 10/19/10 | Las Vegas Magazine | A.D.D. Productions | -3,180.00 |
| Check | 10/21/10 | Las Vegas Magazine | A.D.D. Productions | -3,180.00 |
| Check | 10/31/10 | Sideswipe Performance Team LLC | A.D.D. Productions | -2,200.00 |
| Check | 11/1/10 | Sideswipe Performance Team LLC | A.D.D. Productions | -25,000.00 |
| Check | 11/2/10 | Durante Insurance Agency | A.D.D. Productions | -29,241.77 |
| Check | 11/2/10 | Michael Unger | A.D.D. Productions | -6,000.00 |
| Check | 11/5/10 | Manuel Ramirez | A.D.D. Productions | -907.02 |
| Check | 11/8/10 | VeriFone, Inc. | A.D.D. Productions | -3,000.00 |
| Check | 11/8/10 | What's On Las Vegas LLC | A.D.D. Productions | -6,000.00 |
| Check | 11/9/10 | Greenspun Media Group | A.D.D. Productions | -8,499.00 |
| Check | 11/29/10 | Sideswipe Performance Team LLC | A.D.D. Productions | -21,976.70 |
| Check | 11/30/10 | Yesterday Productions | A.D.D. Productions | -1,348.20 |
| Check | 12/3/10 | Yesterday Productions | A.D.D. Productions | -3,210.80 |
| Check | 12/6/10 | Walmart | A.D.D. Productions | -146.72 |
| Check | 12/7/10 | IFC | A.D.D. Productions | -7,476.86 |
| Check | 12/8/10 | Carlos Cardenas | A.D.D. Productions | -2,538.57 |
| Check | 12/8/10 | Entertainment Buyers Group, LLC | A.D.D. Productions | -6,000.00 |
| Check | 12/8/10 | William Morris Endeavor | A.D.D. Productions | -30,000.00 |
| Check | 12/9/10 | Guitar Center | A.D.D. Productions | -151.34 |
| Check | 12/15/10 | Sideswipe Performance Team LLC | A.D.D. Productions | -21,366.15 |
| Bill Pmt -Check | 12/17/10 | Tropicana Resort & Casino | A.D.D. Productions | -40,765.82 |
| Check | 12/28/10 | All Nevada Insurance | A.D.D. Productions | -7,506.86 |
| Check | 1/3/11 | Sideswipe Performance Team LLC | A.D.D. Productions | -21,366.15 |
| Check | 1/4/11 | Realty Club Las Vegas | A.D.D. Productions | -1,695.00 |
| Check | 1/4/11 | Recycled Percuccion | A.D.D. Productions | 0.00 |
| Check | 1/4/11 | Sterling Property Management, LLC | A.D.D. Productions | -2,500.00 |
| Check | 1/5/11 | Recycled Percuccion | A.D.D. Productions | -3,311.42 |
| Check | 1/5/11 | Yesterday Productions | A.D.D. Productions | -333.19 |
| Check | 1/7/11 | David DeLeo | A.D.D. Productions | -240.00 |
| Check | 1/10/11 | Realty Club Las Vegas | A.D.D. Productions | -185.00 |
| Bill Pmt -Check | 1/14/11 | Tropicana Resort & Casino | A.D.D. Productions | -14,890.86 |
| Check | 1/18/11 | Univision Radio Las Vegas | A.D.D. Productions | -6,000.00 |
| Check | 1/18/11 | Univision Radio Las Vegas | A.D.D. Productions | -3,000.00 |
| Check | 1/19/11 | Univision Radio Las Vegas | A.D.D. Productions | -3,000.10 |
| Check | 1/28/11 | David DeLeo | A.D.D. Productions | -1,029.00 |
| Check | 1/28/11 | Douglas Anthony Johnson | A.D.D. Productions | -2,500.00 |
| Check | 1/28/11 | Recycled Percuccion | A.D.D. Productions | -1,594.66 |
| Check | 1/28/11 | Yesterday Productions | A.D.D. Productions | -4,128.90 |
| Check | 2/3/11 | IFC | A.D.D. Productions | -7,506.86 |

| Type | Date | Payee | For Benefit Of | Amount |
|------|------|-------|----------------|--------|
| Check | 2/3/11 | Realty Club Las Vegas | A.D.D. Productions | -1,695.00 |
| Check | 2/3/11 | Sterling Property Management, LLC | A.D.D. Productions | -2,590.00 |
| Check | 2/3/11 | Tropicana Resort & Casino | A.D.D. Productions | -40,785.82 |
| Check | 2/11/11 | David DeLeo | A.D.D. Productions | -528.00 |
| Check | 2/15/11 | Yesterday Productions | A.D.D. Productions | -176.42 |
| Check | 3/4/11 | Sterling Property Management, LLC | A.D.D. Productions | -2,530.00 |
| Check | 3/7/11 | Realty Club Las Vegas | A.D.D. Productions | -1,795.00 |
| Check | 3/25/11 | Recycled Percuccion | A.D.D. Productions | -2,572.50 |
| Check | 3/25/11 | Yesterday Productions | A.D.D. Productions | -175.50 |
| Check | 4/1/11 | Univision Radio Las Vegas | A.D.D. Productions | -599.90 |
| Bill Pmt -Check | 3/25/11 | Sterling Property Management, LLC | A.D.D. Productions | -2,495.00 |
| **A.D.D. Productions Total** | | | | **-358,920.09** |
| | | | | |
| General Journal | 10/19/10 | Eagle Group | Eagle Group | -300.00 |
| General Journal | 10/19/10 | Eagle Group | Eagle Group | -70.00 |
| Check | 10/21/10 | Kristy Somers | Eagle Group | -1,000.00 |
| General Journal | 11/2/10 | Eagle Group | Eagle Group | -2,000.00 |
| Check | 11/4/10 | CenturyLink | Eagle Group | -407.01 |
| Check | 11/8/10 | Kristy Somers | Eagle Group | -2,500.00 |
| General Journal | 11/9/10 | Eagle Group | Eagle Group | -150,000.00 |
| General Journal | 11/9/10 | Eagle Group | Eagle Group | -35,000.00 |
| General Journal | 11/19/10 | Eagle Group | Eagle Group | -4,900.00 |
| General Journal | 11/19/10 | Eagle Group | Eagle Group | -4,000.00 |
| General Journal | 11/19/10 | Eagle Group | Eagle Group | -1,600.00 |
| General Journal | 11/22/10 | Eagle Group | Eagle Group | -10,000.00 |
| General Journal | 11/22/10 | Eagle Group | Eagle Group | -1,000.00 |
| General Journal | 11/23/10 | Eagle Group | Eagle Group | -15,000.00 |
| General Journal | 11/26/10 | Eagle Group | Eagle Group | -18,000.00 |
| General Journal | 11/26/10 | Eagle Group | Eagle Group | -12,000.00 |
| General Journal | 12/1/10 | Eagle Group | Eagle Group | -4,100.00 |
| General Journal | 12/7/10 | Eagle Group | Eagle Group | -5,000.00 |
| General Journal | 12/7/10 | Eagle Group | Eagle Group | -20.00 |
| General Journal | 12/8/10 | Eagle Group | Eagle Group | -100.00 |
| General Journal | 12/10/10 | Eagle Group | Eagle Group | -600.00 |
| General Journal | 12/13/10 | Eagle Group | Eagle Group | -3,000.00 |
| Check | 12/14/10 | CenturyLink | Eagle Group | -422.58 |
| General Journal | 12/14/10 | Eagle Group | Eagle Group | -17,500.00 |
| General Journal | 12/14/10 | Eagle Group | Eagle Group | -1,500.00 |
| General Journal | 12/15/10 | Eagle Group | Eagle Group | -2,000.00 |

| Type | Date | Payee | For Benefit Of | Amount |
|------|------|-------|----------------|--------|
| General Journal | 12/15/10 | Eagle Group | Eagle Group | -500.00 |
| General Journal | 12/16/10 | Eagle Group | Eagle Group | -5,000.00 |
| General Journal | 12/16/10 | Eagle Group | Eagle Group | -3,000.00 |
| General Journal | 12/17/10 | Eagle Group | Eagle Group | -3,000.00 |
| General Journal | 12/23/10 | Eagle Group | Eagle Group | -28,000.00 |
| General Journal | 12/23/10 | Eagle Group | Eagle Group | -7,000.00 |
| General Journal | 12/28/10 | Eagle Group | Eagle Group | -2,000.00 |
| General Journal | 12/28/10 | Eagle Group | Eagle Group | -700.00 |
| General Journal | 12/29/10 | Eagle Group | Eagle Group | -8,200.00 |
| General Journal | 12/29/10 | Eagle Group | Eagle Group | -4,000.00 |
| General Journal | 12/29/10 | Eagle Group | Eagle Group | -2,600.00 |
| General Journal | 12/30/10 | Eagle Group | Eagle Group | -1,400.00 |
| General Journal | 1/3/11 | Eagle Group | Eagle Group | -15,000.00 |
| General Journal | 1/3/11 | Eagle Group | Eagle Group | -4,100.00 |
| Check | 1/4/11 | Dish Network | Eagle Group | -21.62 |
| Check | 1/4/11 | Dish Network | Eagle Group | -21.62 |
| Check | 1/5/11 | Kristy Somers | Eagle Group | -2,480.01 |
| General Journal | 1/7/11 | Eagle Group | Eagle Group | -29,300.00 |
| General Journal | 1/7/11 | Eagle Group | Eagle Group | -3,000.00 |
| General Journal | 1/21/11 | Eagle Group | Eagle Group | -28,000.00 |
| General Journal | 1/21/11 | Eagle Group | Eagle Group | -5,000.00 |
| General Journal | 1/21/11 | Eagle Group | Eagle Group | -5,000.00 |
| General Journal | 1/21/11 | Eagle Group | Eagle Group | -1,700.00 |
| General Journal | 1/24/11 | Eagle Group | Eagle Group | -1,000.00 |
| General Journal | 1/25/11 | Eagle Group | Eagle Group | -2,500.00 |
| General Journal | 1/26/11 | Eagle Group | Eagle Group | -1,703.92 |
| General Journal | 1/31/11 | Eagle Group | Eagle Group | -7,000.00 |
| General Journal | 2/1/11 | Eagle Group | Eagle Group | -4,700.00 |
| General Journal | 2/3/11 | Eagle Group | Eagle Group | -8,100.00 |
| General Journal | 2/3/11 | Eagle Group | Eagle Group | -6,500.00 |
| General Journal | 2/3/11 | Eagle Group | Eagle Group | -5,400.00 |
| General Journal | 2/4/11 | Eagle Group | Eagle Group | -25,000.00 |
| General Journal | 2/5/11 | Eagle Group | Eagle Group | -220.00 |
| General Journal | 2/9/11 | Eagle Group | Eagle Group | -2,600.00 |
| General Journal | 2/9/11 | Eagle Group | Eagle Group | -2,000.00 |
| General Journal | 2/10/11 | Eagle Group | Eagle Group | -4,000.00 |
| General Journal | 2/10/11 | Eagle Group | Eagle Group | -3,000.00 |
| General Journal | 2/10/11 | Eagle Group | Eagle Group | -1,500.00 |
| General Journal | 2/17/11 | Eagle Group | Eagle Group | -32,800.00 |

| Type | Date | Payee | For Benefit Of | Amount |
|---|---|---|---|---|
| General Journal | 2/17/11 | Eagle Group | Eagle Group | -10,000.00 |
| General Journal | 2/17/11 | Eagle Group | Eagle Group | -9,500.00 |
| General Journal | 2/17/11 | Eagle Group | Eagle Group | -8,000.00 |
| General Journal | 2/17/11 | Eagle Group | Eagle Group | -5,000.00 |
| General Journal | 2/17/11 | Eagle Group | Eagle Group | -2,300.00 |
| General Journal | 2/18/11 | Eagle Group | Eagle Group | -35,000.00 |
| General Journal | 2/18/11 | Eagle Group | Eagle Group | -15,900.00 |
| General Journal | 2/18/11 | Eagle Group | Eagle Group | -14,020.00 |
| General Journal | 2/18/11 | Eagle Group | Eagle Group | -8,020.00 |
| General Journal | 2/23/11 | Eagle Group | Eagle Group | -4,200.00 |
| General Journal | 2/23/11 | Eagle Group | Eagle Group | -3,000.00 |
| General Journal | 2/23/11 | Eagle Group | Eagle Group | -3,000.00 |
| General Journal | 2/23/11 | Eagle Group | Eagle Group | -2,000.00 |
| General Journal | 2/23/11 | Eagle Group | Eagle Group | -100.00 |
| Check | 2/24/11 | CenturyLink | Eagle Group | -702.56 |
| General Journal | 2/25/11 | Eagle Group | Eagle Group | -15,000.00 |
| General Journal | 2/25/11 | Eagle Group | Eagle Group | -13,000.00 |
| General Journal | 3/3/11 | Eagle Group | Eagle Group | -28,000.00 |
| General Journal | 3/3/11 | Eagle Group | Eagle Group | -9,600.00 |
| General Journal | 3/3/11 | Eagle Group | Eagle Group | -400.00 |
| General Journal | 3/3/11 | Eagle Group | Eagle Group | -400.00 |
| General Journal | 3/4/11 | Eagle Group | Eagle Group | -10,000.00 |
| General Journal | 3/4/11 | Eagle Group | Eagle Group | -7,000.00 |
| General Journal | 3/7/11 | Eagle Group | Eagle Group | -15,000.00 |
| General Journal | 3/7/11 | Eagle Group | Eagle Group | -5,000.00 |
| General Journal | 3/16/11 | Eagle Group | Eagle Group | -7,000.00 |
| General Journal | 3/16/11 | Eagle Group | Eagle Group | -1,400.00 |
| General Journal | 3/16/11 | Eagle Group | Eagle Group | -1,200.00 |
| General Journal | 3/16/11 | Eagle Group | Eagle Group | -300.00 |
| Check | 3/17/11 | Dan Simon | Eagle Group | -50,000.00 |
| General Journal | 3/17/11 | Eagle Group | Eagle Group | -25,000.00 |
| General Journal | 3/17/11 | Eagle Group | Eagle Group | -4,000.00 |
| General Journal | 3/22/11 | Eagle Group | Eagle Group | -12,500.00 |
| General Journal | 3/25/11 | Eagle Group | Eagle Group | -500.00 |
| General Journal | 3/31/11 | Eagle Group | Eagle Group | -700.00 |
| General Journal | 4/4/11 | Eagle Group | Eagle Group | -17,900.00 |
| General Journal | 4/4/11 | Eagle Group | Eagle Group | -6,200.00 |
| General Journal | 4/4/11 | Eagle Group | Eagle Group | -2,000.00 |
| General Journal | 4/5/11 | Eagle Group | Eagle Group | -7,000.00 |

| Type | Date | Payee | For Benefit Of | Amount |
|------|------|-------|----------------|--------|
| General Journal | 4/6/11 | Eagle Group | Eagle Group | -15,000.00 |
| General Journal | 4/6/11 | Eagle Group | Eagle Group | -2,700.00 |
| General Journal | 4/7/11 | Eagle Group | Eagle Group | -26,000.00 |
| General Journal | 4/7/11 | Eagle Group | Eagle Group | -700.00 |
| General Journal | 4/11/11 | Eagle Group | Eagle Group | -4,100.00 |
| Check | 4/15/11 | Eagle Group Holdings LLC | Eagle Group | -31,500.00 |
| General Journal | 5/17/11 | Eagle Group | Eagle Group | -30.00 |
| General Journal | 5/31/11 | Eagle Group | Eagle Group | -7,000.00 |
| General Journal | 6/13/11 | Eagle Group | Eagle Group | -600.00 |
| General Journal | 6/14/11 | Eagle Group | Eagle Group | -1,500.00 |
| General Journal | 6/24/11 | Eagle Group | Eagle Group | -2,000.00 |
| **Eagle Group Holdings Total** | | | | **-1,371,454.41** |
| | | | | |
| General Journal | 4/11/11 | Eagle Group Marketing | Eagle Group Marketing | -108,400.00 |
| General Journal | 4/11/11 | Eagle Group Marketing | Eagle Group Marketing | -14,000.00 |
| General Journal | 4/11/11 | Eagle Group Marketing | Eagle Group Marketing | -1,641.00 |
| **Eagle Group Marketing Total** | | | | **-124,041.00** |
| | | | | |
| General Journal | 10/20/10 | Jay Bloom | Jay Bloom | -10,000.00 |
| General Journal | 10/25/10 | American Airlines | Jay Bloom | -1,164.70 |
| General Journal | 11/4/10 | South Valley Animal | Jay Bloom | -77.00 |
| Check | 11/5/10 | Jay Bloom | Jay Bloom | 0.00 |
| General Journal | 11/8/10 | American Airlines | Jay Bloom | -1,549.40 |
| General Journal | 11/8/10 | American Airlines | Jay Bloom | -1,549.40 |
| General Journal | 11/8/10 | Jay Bloom | Jay Bloom | -12,000.00 |
| General Journal | 11/22/10 | Jay Bloom | Jay Bloom | -5,000.00 |
| General Journal | 11/24/10 | Jay Bloom | Jay Bloom | -5,000.00 |
| General Journal | 11/26/10 | Jay Bloom | Jay Bloom | -35,000.00 |
| General Journal | 11/29/10 | American Airlines | Jay Bloom | -1,525.40 |
| General Journal | 11/29/10 | American Airlines | Jay Bloom | -1,525.40 |
| General Journal | 11/29/10 | PayPal | Jay Bloom | -640.03 |
| General Journal | 12/6/10 | PayPal | Jay Bloom | -1,875.00 |
| General Journal | 12/6/10 | Jay Bloom | Jay Bloom | -5,000.00 |
| General Journal | 12/7/10 | Jay Bloom | Jay Bloom | -5,000.00 |
| General Journal | 12/9/10 | Jay Bloom | Jay Bloom | -5,000.00 |
| General Journal | 12/14/10 | Jay Bloom | Jay Bloom | -20,000.00 |
| General Journal | 12/15/10 | Americredit | Jay Bloom | -1,737.70 |
| General Journal | 12/15/10 | Americredit | Jay Bloom | -5.00 |
| General Journal | 12/15/10 | wells fargo | Jay Bloom | -2,000.00 |

| Type | Date | Payee | For Benefit Of | Amount |
|------|------|-------|----------------|--------|
| General Journal | 12/17/10 | Dr. Rita | Jay Bloom | -40.00 |
| General Journal | 12/20/10 | Jay Bloom | Jay Bloom | -25,000.00 |
| Check | 1/3/11 | Walmart | Jay Bloom | -605.21 |
| General Journal | 1/6/11 | Jay Bloom | Jay Bloom | -397.42 |
| Check | 1/6/11 | Southern Highlands Golf | Jay Bloom | -4,210.09 |
| General Journal | 1/14/11 | Jay Bloom | Jay Bloom | -4,000.00 |
| Check | 1/18/11 | Southern Highlands Golf | Jay Bloom | -7,840.41 |
| Check | 1/18/11 | Jay Bloom | Jay Bloom | -500.00 |
| Check | 1/24/11 | Jay Bloom | Jay Bloom | -500.00 |
| Check | 1/26/11 | Southern Highlands Golf | Jay Bloom | -10,000.00 |
| General Journal | 2/10/11 | Jay Bloom | Jay Bloom | -10,000.00 |
| Check | 2/11/11 | Jay Bloom | Jay Bloom | -162.77 |
| General Journal | 2/18/11 | Jay Bloom | Jay Bloom | -1,100.00 |
| Check | 2/28/11 | Americredit | Jay Bloom | -1,722.70 |
| Check | 2/28/11 | Americredit | Jay Bloom | -10.00 |
| Check | 3/4/11 | Jay Bloom | Jay Bloom | -30.10 |
| General Journal | 3/11/11 | Jay Bloom | Jay Bloom | -2,114.55 |
| Check | 3/11/11 | Jay Bloom | Jay Bloom | -473.83 |
| Check | 3/11/11 | Southern Highlands Golf | Jay Bloom | -4,304.85 |
| General Journal | 3/17/11 | Jay Bloom | Jay Bloom | -86,000.00 |
| General Journal | 3/28/11 | Jay Bloom | Jay Bloom | -15,000.00 |
| Check | 4/1/11 | Southern Highlands Golf | Jay Bloom | -500.00 |
| General Journal | 4/4/11 | Jay Bloom | Jay Bloom | -3,000.00 |
| Check | 4/6/11 | Kohl's | Jay Bloom | -424.08 |
| General Journal | 4/6/11 | Jay Bloom | Jay Bloom | -5,000.00 |
| Check | 4/7/11 | Jay Bloom | Jay Bloom | -500.00 |
| Check | 4/8/11 | Century 16 | Jay Bloom | -27.75 |
| **Jay Bloom Total** | | | | **-299,112.79** |
| | | | | |
| General Journal | 2/22/11 | Jay Bloom and Lou Ventre | Jay Bloom and Louis Ventre | -15,000.00 |
| **Jay Bloom and Louis Ventre Total** | | | | **-15,000.00** |
| | | | | |
| General Journal | 11/29/10 | Louis Ventre | Louis Ventre | -21,020.00 |
| Check | 12/9/10 | Louis Ventre | Louis Ventre | -12,000.00 |
| Check | 1/3/11 | Louis Ventre | Louis Ventre | -5,020.00 |
| Check | 3/4/11 | Louis Ventre | Louis Ventre | -5,020.00 |
| Check | 3/17/11 | Louis Ventre | Louis Ventre | -75,020.00 |
| Paycheck | 7/8/11 | Louis Ventre | Louis Ventre | -2,374.07 |
| Paycheck | 7/22/11 | Louis Ventre | Louis Ventre | -2,374.08 |

| Type | Date | Payee | For Benefit Of | Amount |
|------|------|-------|----------------|--------|
| Paycheck | 8/5/11 | Louis Ventre | Louis Ventre | -2,899.84 |
| Paycheck | 8/18/11 | Louis Ventre | Louis Ventre | -2,939.84 |
| Paycheck | 9/2/11 | Louis Ventre | Louis Ventre | -4,215.27 |
| Paycheck | 9/16/11 | Louis Ventre | Louis Ventre | -4,215.27 |
| Paycheck | 9/30/11 | Louis Ventre | Louis Ventre | -4,215.27 |
| Wire Transfer | 9/26/2011 | Louis Ventre - reimbursement for legal fees | Louis Ventre | -10,000.00 |
| **Louis Ventre Total** | | | | **-151,313.64** |
| | | | | |
| Check | 10/29/10 | IFC | Mafia Collection | -2,467.71 |
| General Journal | 11/22/10 | Nate D Sanders | Mafia Collection | -4,298.02 |
| General Journal | 11/29/10 | James Smith | Mafia Collection | -5,020.00 |
| General Journal | 12/20/10 | Nate D Sanders | Mafia Collection | -6,176.32 |
| Check | 12/28/10 | All Nevada Insurance | Mafia Collection | -2,627.70 |
| Check | 2/3/11 | IFC | Mafia Collection | -2,621.10 |
| Bill Pmt -Check | 2/25/11 | IFC | Mafia Collection | -2,601.05 |
| **Mafia Collection Total** | | | | **-25,811.90** |
| | | | | |
| Check | 3/11/11 | David DeLeo | Order 66 | -363.40 |
| Check | 3/14/11 | Netfirms.com | Order 66 | -19.98 |
| Check | 3/14/11 | Netfirms.com | Order 66 | -19.98 |
| General Journal | 3/16/11 | Order 66 | Order 66 | -350,000.00 |
| General Journal | 6/27/11 | Order 66 | Order 66 | -11,300.00 |
| **Order 66 Total** | | | | **-361,703.36** |

11

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    10 / 31 / 2011                          Signature _____

                                                Louis Ventre
                                                **Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Nevada

In re  **Murder Inc., LLC**                                                    Case No.  **BK-S-11-26317-BAM**

_____

Debtor(s)                          Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ....................................................    $        **91,116.31**

    Prior to the filing of this statement I have received ........................................    $        **91,116.31**

    Balance Due ..................................................................................................    $              **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  __10/31/2011__

_Gabrielle A. Hamm_

**Gabrielle A. Hamm, Esq. Nevada Bar 11588**
**Gordon Silver**
**3960 Howard Hughes Parkway**
**Ninth Floor**
**Las Vegas, NV 89169**
**(702) 796-5555  Fax: (702) 369-2666**

---

# United States Bankruptcy Court
## District of Nevada

In re    **Murder Inc., LLC**

_____
                                    Debtor

Case No.    **BK-S-11-26317-BAM**

Chapter                                    **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Eagle Group Holdings, LLC** | | | **5%** |
| **Louis Ventre**<br>**3640 Velvedere Park Lane**<br>**Las Vegas, NV 89141** | | | **95%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    _10/31/2011_

Signature    _____
            **Louis Ventre**
            **Managing Member**

_Penalty for making a false statement or concealing property_:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0**    continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Nevada

In re   Murder Inc., LLC
_____
Debtor(s)

Case No.   BK-S-11-26317-BAM
Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Murder Inc., LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

10/31/2011
_____
Date

*Gabrielle Hamm*
_____
Gabrielle A. Hamm, Esq. Nevada Bar 11588
Signature of Attorney or Litigant
Counsel for   Murder Inc., LLC
Gordon Silver
3960 Howard Hughes Parkway
Ninth Floor
Las Vegas, NV 89169
(702) 796-5555 Fax:(702) 369-2666