GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@gordonsilver.com
GABRIELLE A. HAMM, ESQ.
Nevada Bar No. 11588
E-mail: ghamm@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Proposed Attorneys for Murder Inc., LLC

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| In re:           | Case No.: BK-S-11-26317-BAM |
|                  | Chapter 11                  |
| MURDER INC., LLC |                             |
|                  |                             |
|     Debtor.      |                             |
|                  | Date:  N/A                  |
|                  | Time:  N/A                  |

## EX PARTE APPLICATION FOR EXAMINATION PURSUANT TO BANKRUPTCY RULE 2004 OF JAY BLOOM

Murder Inc., LLC, debtor and debtor-in-possession (the "Debtor"), by and through its counsel, the law firm of Gordon Silver, hereby respectfully applies for an order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") directing Jay Bloom ("Bloom"), individually and in his capacity as managing member of Eagle Group Holdings, LLC, The Mafia Collection, LLC, Eagle Group Marketing, LLC, Eagle Group Productions, LLC, Order 66 Entertainment, LLC, and A.D.D. Productions, LLC (the "Bloom Affiliates"), to appear for an examination and produce documents relating to the financial affairs of the Debtor, including, without limitation, transfers by the Debtor to Bloom and the Bloom Affiliates, the acquisition of artifacts by the Debtor and/or The Mafia Collection, LLC, and the books and records of the Debtor. The requested examination will take place more than fourteen (14) days after the date of this Ex Parte Application, unless otherwise agreed by Bloom and the

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103164-002/1368497

Debtor's counsel following this Ex Parte Application.

Bankruptcy Rule 2004(a) provides that "[o]n motion of any party in interest, the court may order the examination of any entity." Such an examination may relate to the acts, conduct, or property, or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate. See Fed. R. Bankr. P. 2004(b). Local Rule 2004(b) of the Local Rules of Bankruptcy Practice for the U.S. District Court for the District of Nevada provides that "[o]rders for examination may be signed by the clerk if the date set for examination is more than fourteen (14) days from the date the motion is filed." Therefore, the Clerk may sign an order for examination.

WHEREFORE, the Bank respectfully requests that the Court or Clerk of Court enter the *Order Granting Application for Examination Pursuant to Bankruptcy Rule 2004 of Jay Bloom*, submitted herewith.

DATED this 10th day of November, 2011.

GORDON SILVER

By: /s/ Gabrielle Hamm
GERALD M. GORDON, ESQ.
MATTHEW C. ZIRZOW, ESQ.
GABRIELLE A. HAMM, ESQ.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Proposed Attorneys for Murder Inc., LLC

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

103164-002/1368497

2